IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Case No. 5:26-cv-88-BO-KS

**BARONIUS PRESS LTD.**

Plaintiff,

v.

**CREATIVE MEDIA PARTNERS, LLC**, a Wyoming limited liability company, and

**ROBERT HOLT**, an individual, and

**ANDREW ROSKILL**, an individual, and

**JASON YOUMANS**, an individual,

Defendants.

**SECOND AMENDED VERIFIED COMPLAINT**

**EXHIBIT APPENDIX TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT**

| Exhibit No. | Description of Exhibit |
|---|---|
| Exhibit 1 | Written correspondence from Robert Holt to Plaintiff dated April 21, 2026, submitted via Plaintiff's website submission form, in which Holt identified himself as Chairman of CMP, represented that CMP had been engaged in the mass-market reproduction and republication of books since approximately 2005, and stated that he would direct that Infringing Work Nos. 1 through 3 be withdrawn from distribution through Ingram Content Group. |
| Exhibit 2 | True and correct copy of the public professional profile of Andrew Roskill, representing that he serves as Partner and Chief Financial Officer of CMP on a full-time basis since June 2021 (last visited July 17, 2026). |
| Exhibit 3 | True and correct copy of the public professional profile of Jason Youmans, representing that he personally developed the large-scale, automated print-on-demand publishing pipeline used to process source material "into POD books," achieving a per-unit cost reduction of approximately 95% (last visited July 17, 2026). |
| Exhibit 4 | Memorandum of Agreement dated March 1, 2020 between Mount St. Joseph Abbey, Roscrea and Baronius Press Ltd, granting Plaintiff the exclusive right |

| Exhibit No. | Description of Exhibit |
| --- | --- |
| | to reproduce, adapt, publish, distribute, perform and display Work No. 1 (*This Tremendous Lover*). |
| Exhibit 5 | United States Copyright Office Registration Certificate for Work No. 1 (*This Tremendous Lover*), Registration No. TX0005795374, effective May 25, 2016. |
| Exhibit 6 | Memorandum of Agreement dated September 11, 2015 between Mount St. Joseph Abbey, Roscrea and Baronius Press Ltd, granting Plaintiff the exclusive right to reproduce, adapt, publish, distribute, perform and display Work No. 2 (*Difficulties in Mental Prayer*). |
| Exhibit 7 | United States Copyright Office Registration Certificate for Work No. 2 (*Difficulties in Mental Prayer*), Registration No. TX0005795333, effective May 26, 2016. |
| Exhibit 8 | Power of Attorney dated September 11, 2015 executed by Mount St. Joseph Abbey, Roscrea, authorising Baronius Press Ltd to act with full authority to pursue and settle claims on the Abbey's behalf in respect of Work No. 3 (*A Mystic Under Arms*), pursuant to which this action was commenced. |
| Exhibit 9 | Memorandum of Agreement dated August 4, 2026 between Mount St. Joseph Abbey, Roscrea and Baronius Press Ltd, granting Plaintiff the exclusive right to reproduce, adapt, publish, distribute, perform and display Work No. 3 (*A Mystic Under Arms*), together with an assignment of all accrued rights, claims and causes of action arising from prior infringement of the work and the copyright owner's ratification of this pending action. |
| Exhibit 10 | Assignment dated May 2, 2019 from The Society of Jesus, London, United Kingdom to Baronius Press Ltd of all rights in the English-language work Work No. 4 (*Saint Bernadette Soubirous*), translated by Fr. John Joyce. |
| Exhibit 11 | Assignment dated November 5, 2015 from the Congregation of the Holy Spirit, Dublin, Ireland to Baronius Press Ltd of all rights in the English-language work Work No. 5 (*The Mother of the Saviour and Our Interior Life*), authored by Fr. Bernard J. Kelly. |
| Exhibit 12 | Exclusive license granted by the Dominican Province of France to Baronius Press Ltd to publish an English-language translation of the underlying French work for Work No. 5 (*La mère du Sauveur et notre vie intérieure*), in effect from January 4, 2016 through December 31, 2021, together with the addenda by which the term of that license was extended. |
| Exhibit 13 | United States Copyright Office registration record for the underlying French work for Work No. 5 (*La mère du Sauveur et notre vie intérieure*), Registration No. VA0001437200, effective July 15, 2019, registered in the name of the Dominican Province of France. |
| Exhibit 14 | Exclusive license granted by the Dominican Province of France to Baronius Press Ltd to publish an English-language translation the underlying French |

| Exhibit No. | Description of Exhibit |
|---|---|
| | work for Work No. 6 (*Les trois conversions et les trois voies*), in effect from January 4, 2016 through December 31, 2021, together with the addenda by which the term of that license was extended. |
| Exhibit 15 | United States Copyright Office registration record for the underlying French work for Work No. 6 (*Les trois conversions et les trois voies*), Registration No. VA0001437202, effective July 15, 2019, registered in the name of the Dominican Province of France. |
| Exhibit 16 | Assignment dated September 16, 2019 from the University of Liverpool, United Kingdom to Baronius Press Ltd of all rights in the English-language work Work No. 7 (*The Complete Works of Saint Teresa of Jesus*), translated and edited by E. Allison Peers. |
| Exhibit 17 | Assignment of Copyright between the University of Liverpool (Assignor) and Baronius Press Ltd (Assignee), effective August 24, 2026, by which the University assigned to Plaintiff the entire right, title, and interest in the copyright and other assignable rights formerly belonging to Edgar Allison Peers in the twenty-two works listed in the Schedule (including the seven Works at issue in this action), together with all accrued causes of action for infringement of those copyrights occurring before the date of the Assignment. |
| Exhibit 18 | Publicly available materials concerning the founding, operation and acquisition of BookSurge LLC and BiblioLabs, LLC, comprising: press release of Amazon.com, Inc. dated April 4, 2005 announcing its acquisition of BookSurge LLC of Charleston, South Carolina, and quoting Robert Holt as BookSurge's chief executive officer; "LYRASIS Acquires BiblioLabs," Smart Libraries Newsletter (September 2021), recording the founding of BookSurge in 2000 by Robert Holt, Mitchell Davis and Andrew Roskill, the establishment of BiblioLabs in 2006, and its acquisition by LYRASIS in June 2021; and "BiblioBoard: New Sales Channel for Digital Content," Publishers Weekly (September 15, 2012), describing BiblioLabs' ownership of BiblioBazaar and BiblioLife and its print-on-demand production of public-domain content at up to one thousand books per day. |
| Exhibit 19 | Printout of CMP's copyright webpage at https://support.creativemedia.io/copyright/, containing CMP's standing copyright-complaint form and its representation that its books "are reproductions published before 1923 or are otherwise found in the public domain" (last visited August 26, 2026). |
| Exhibit 20 | Documentary evidence of Plaintiff's purchase of the Infringing Works through United States retail channels, including order confirmations, receipts, shipment and pickup records, and photographs of the delivered books and their packaging, including their front and back covers bearing the false copyright management information and the production labels identifying Lightning Source LLC as the manufacturer. |

| Exhibit No. | Description of Exhibit |
|---|---|
| Exhibit 21 | Print-out of the Internet Archive webpage recording the donation of the entire collection of the Geschke Library of Marygrove College, Detroit, to the Internet Archive upon the college's closure in 2019 (last visited July 26, 2026). |
| Exhibit 22 | Work No. 1 (*This Tremendous Lover*) — screen capture of the Internet Archive webpage for the digitized Marygrove College source copy (identifier "thistremendouslo0000boyl") (last visited July 26, 2026), together with a page-by-page comparison of that source copy and CMP's infringing edition, reflecting the identical library markings and the omission of the copyright notice "Copyright, 1947, by The Newman Bookshop" appearing at page iv of the source copy. |
| Exhibit 23 | Work No. 2 (*Difficulties in Mental Prayer*) — screen capture of the Internet Archive webpage for the digitized Marygrove College source copy (identifier "difficultiesinme0000boyl") (last visited July 26, 2026), together with a page-by-page comparison of that source copy and CMP's infringing edition, reflecting the identical library markings and the copyright management information "ALL RIGHTS RESERVED. MADE IN IRELAND" retained on the title page of CMP's edition. |
| Exhibit 24 | Work No. 3 (*A Mystic Under Arms*) — screen capture of the Internet Archive webpage for the digitized Marygrove College source copy (identifier "mysticunderarms0000boyl") (last visited July 26, 2026), together with a page-by-page comparison of that source copy and CMP's infringing edition, reflecting the identical library markings and the omission of the copyright notice "World copyright reserved. The Mercier Press Ltd., Cork" appearing on the copyright page of the source copy. |
| Exhibit 25 | Work No. 4 (*Saint Bernadette Soubirous*) — screen capture of the Internet Archive webpage for the digitized Marygrove College source copy (identifier "saintbernadettes0000troc") (last visited July 26, 2026), together with a page-by-page comparison of that source copy and CMP's infringing edition, reflecting the identical library markings and the copyright management information "© Longmans, Green & Co., Ltd., London, 1957" retained at page iv of CMP's edition. |
| Exhibit 26 | Work No. 5 (*The Mother of the Saviour and Our Interior Life*) — screen capture of the Internet Archive webpage for the digitized Marygrove College source copy (identifier "motherofsaviouro0000garr") (last visited July 26, 2026), together with a page-by-page comparison of that source copy and CMP's infringing edition, reflecting the identical library markings. |
| Exhibit 27 | Work No. 6 (*The Three Ways of the Spiritual Life*) — screen capture of the Internet Archive webpage for the digitized University of Toronto library source copy (identifier "threewaysofspiri00garr") (last visited July 26, 2026), together with a page-by-page comparison of that source copy and CMP's infringing edition, reflecting the identical library markings. |

| Exhibit No. | Description of Exhibit |
|---|---|
| Exhibit 28 | Work No. 7 (*The Complete Works of Saint Teresa of Jesus*) — screen capture of the Internet Archive webpage for the digitized Marygrove College source copy (identifier "completeworksofs0001unse_g0w5") (last visited July 26, 2026), together with a page-by-page comparison of that source copy and CMP's infringing edition (2021 Edition), reflecting the identical library markings. |
| Exhibit 29 | Work No. 8 (*Spain, the Church and the Orders*). Page-by-page comparison showing, on each page, a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/spainchurchorder0000peer) above a photograph of the corresponding pages of Infringing Work No. 8 (ISBN 9781014976314), the copy purchased by Plaintiff's counsel. |
| Exhibit 30 | Work No. 9 (*Fool of Love: The Life of Ramon Lull*). Page-by-page comparison showing, on each page, a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/fooloflove0000peer) above a photograph of the corresponding pages of Infringing Work No. 9 (ISBN 9781015184572), the copy purchased by Plaintiff's counsel. |
| Exhibit 31 | Work No. 10 (*Saint Teresa of Jesus and Other Essays and Addresses*). Page-by-page comparison showing, on each page, a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/saintteresaofjes0000peer) above a photograph of the corresponding pages of Infringing Work No. 10 (ISBN 9781013820625), the copy purchased by Plaintiff's counsel. |
| Exhibit 32 | Work No. 11 (*Spirit of Flame: A Study of St. John of the Cross*). Page-by-page comparison showing, on each page, a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/spiritofflamestu00peer) above a photograph of the corresponding pages of Infringing Work No. 11 (ISBN 9781014076045), the copy purchased by Plaintiff's counsel. |
| Exhibit 33 | Work No. 12 (*Mother of Carmel: A Portrait of St. Teresa of Jesus*). Page-by-page comparison showing, on each page, a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/motherofcarmelpo0000peer) above a photograph of the corresponding pages of Infringing Work No. 12 (ISBN 9781014803559), the copy purchased by Plaintiff's counsel. |
| Exhibit 34 | Work No. 13 (*The Mystics of Spain*). Page-by-page comparison showing, on each page, a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/mysticsofspain0000peer) above a photograph of the corresponding pages of Infringing Work No. 13 (ISBN 9781014143839), the copy purchased by Plaintiff's counsel. |

| Exhibit No. | Description of Exhibit |
|---|---|
| Exhibit 35 | Work No. 14 (*A Handbook to the Life and Times of St. Teresa and St. John of the Cross*). Page-by-page comparison showing, on each page, a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/handbooktolifeti0000peer) above a photograph of the corresponding pages of Infringing Work No. 14 (ISBN 9781015172852), the copy purchased by Plaintiff's counsel. |
| Exhibit 36 | Representative examples of retail listings for the Infringing Works as displayed on the websites of multiple independent retailers, each bearing the false copyright management information within the product description field. |