# EXHIBIT 1

Written correspondence from Robert Holt to Plaintiff dated April 21, 2026, submitted via Plaintiff's website submission form, in which Holt identified himself as Chairman of CMP, represented that CMP had been engaged in the mass-market reproduction and republication of books since approximately 2005, and stated that he would direct that Infringing Work Nos. 1 through 3 be withdrawn from distribution through Ingram Content Group.

**Paul Kejik - Baronius Press**

| | |
|---|---|
| **From:** | Baronius Press - Online Store <webstore@baronius.com> |
| **Sent:** | 21 April 2026 15:08 |
| **To:** | info@baronius.com |
| **Subject:** | Website Enquiry |

BARONIUS PRESS

**Website Enquiry Form**

| | |
|---|---|
| **Name:** | ROBERT HOLT |
| **Email:** | holtr@creativemedia.io |
| **Order No:** | |
| **Country:** | United States |
| **Comment:** | I am the Chairman of Creative Media Partners, LLC, and was just informed of a message we received from Ingram Content Group (our POD book manufacturer and distributor) that you hold the copyright to three books (6 ISBNs) that we republished. We take copyright very seriously, and have told Ingram to cancel and remove the 3 books (6 ISBNs) from their system, and from distribution. The books have only been available in the US. We have been in the business of mass market reproduction of out of copyright books since 2005. It is not our business model to sell in-copyright works. My phone number is +1 843 324 1161. Our desire is to correct any wrong, and to reach a swift and amicable resolution. Thank you, Bob |