# EXHIBIT 2

True and correct copy of the public professional profile of Andrew Roskill, representing that he serves as Partner and Chief Financial Officer of CMP on a full-time basis since June 2021 (last visited July 17, 2026).

Try Premium for £0




# Andrew Roskill

Partner/CFO at XpressPress

Charleston County, South Carolina, United States · Contact info

500+ connections

+ Follow | Connect | More

CMP

Boston University - School of Management

## Featured

Link



**TEDx Talk: Libraries Bridging the Digital Divic**

YouTube

A serial entrepreneur and a digital community advoc who is founder and CEO of BiblioLabs, a software anc media company focused on helping libraries provide and engaging digital products. In the spirit of ideas v spreading, TEDx is a program of local, self-organized events that bring people together to share a TED-like experience.

## Activity

+ Follow

3,989 followers

**Andrew has no recent posts**

Recent posts Andrew shares will be displayed here.

Show all →

## Experience

**Partner/CFO**

CMP · Full-time

Jun 2021 - Present · 5 yrs 2 mos

### Chief Business Officer and Partner
BiblioLabs
Jul 2007 - Jun 2021 · 14 yrs
Charleston, South Carolina

• Build community engagement with your local author community via our SELF-e product, mor
accept local e-book submissions and offer patrons local e-books from your state or "best of" gee





### Director
Amazon
Apr 2005 - Oct 2006 · 1 yr 7 mos
Charleston, SC

• Promoted to Director of Author Services (AS) division, which represented 80% of total company revenue, achieving consistent monthly revenue growth of 150-20... more

### Chief Financial Officer and Partner
BookSurge
Jul 2003 - Apr 2005 · 1 yr 10 mos
Charleston, SC

• Strategically positioned an end-to-end software application for authors and publishers to make available books on-demand via a global inventory-free fulfi... more

### Executive Director, Software Equity Research
UBS
Aug 1998 - Aug 2002 · 4 yrs 1 mo
New York, NY

• Successfully established UBS as a leading source in software research, developing a team of junior and senior analysts covering industries such as enterprise applications, e-commerc... more

Show all →

## Education

### Questrom School of Business, Boston University
Master of Business Administration, Business Administration and Management, General

Activities and societies: Graduated with Honors

### Purchase College, SUNY
Bachelor of Arts, Literature

Activities and societies: Graduated with Honors

Show all 3 educations →

## Volunteering (3)

**Treasurer**
HEART
Jan 2019 - Present · 7 yrs 7 mos
Social Services

HEART is an inclusive arts community.
... more

---

**Treasurer**
Lowcountry Housing Trust
Jan 2007 - Aug 2009 · 2 yrs 8 mos
Social Services

Show all 3 volunteer experiences →

## Skills (40)

**Venture Capital**

1 endorsement

**Strategic Partnerships**

29 endorsements

Show all →

## Languages

**French**

## Interests

Top Voices | Companies | Groups | Newsletters | Schools



**Scott Galloway** · 3rd+
Professor of Marketing, NYU Stern | Bestselling Author | Founder, Prof G Media | Host #ProfGPod, #PivotPodcast, #ProfGMarkets, #RagingModerates
965,382 followers

+ Follow



**Geoffrey Moore** · 3rd+
Author, speaker, advisor, best known for Crossing the Chasm, Zone to Win and The Infinite Staircase. Board Member of nLight, WorkFusion, and Phaidra. Chairman Emeritus Chasm Group & Chasm Institute.
658,926 followers

+ Follow

Show all →

Promoted •••

GUINNESS GLOBAL INVESTORS

Guinness Global Investors

Peter stay up to date on market news

Stay informed on industry news and trends

Follow

## More profiles for you



**Bryan B. Delgado** · 3rd+
Principal at Roadstead Real Estate Advisors, LLC

Message



**Zach Winchester** · 3rd+
Private Wealth Management Synovus Securities

Message



**Timothy Judge** · 3rd+
President EcoAssessment, LLC

Message



**Mateja Borchert** · 3rd+
Product & Process Management with a background in Analytical Philosophy | Combining systems thinking, user empathy, and structured problem-solving to transform complex processes into intuitive digital experiences

Message

**Erik Blumenau, CPA** · 3rd+
Chief Financial Officer at Arcadia Publishing

Message

Show all →

## Explore Premium profiles



**Harriet Carroll** · 3rd+
Partner at Charles Rose Legal | Specialist in Real Estate Finance, Development Finance & Asset-Based Lending

Message

**Jennifer B. McLellan** · 3rd+
Partner | Buy-side OTC derivatives

Message



Tanya Parker - Associate CIPD · 3rd+
Founding Director at Kiddo Club Ltd

Message



Zoe Herbert · 3rd+
Senior Partner at Phipps & Pritchard/McCartneys

+ Follow

## People you may know



Matt Scarlett · 3rd+
Independent Mortgage Broker

Connect

H

Howard Burak · 3rd+
Self Employed antiques dealer at None,self employed

Connect

David Wynne-Fitzgerald · 3rd+
Self employed Solicitor at None

Connect



Robert Emson · 3rd+
Employed

Connect



ADNAN RAJA · 3rd+
Self Employed

Connect

Show all →

## You might like

Pages for you

Mind
Mental Health Care
835,838 followers

+ Follow

CIPD
Human Resources Services
408,833 followers

+ Follow

Show all →

Promoted •••

Add AI to your workflows
Connect OpenAI and Zapier to fuse the power of AI with automation for free.

Get WSJ, Only £3/Month
Global Coverage. Local Offer.

Bloomberg.com Flash Sale
Get ahead with exclusive newsletters, podcasts, live TV and more.

About
Accessibility
Talent Solutions
Community Guidelines
Careers
Marketing Solutions
Privacy & Terms
Ad Choices
Advertising
Sales Solutions
Mobile
Small Business
Safety Center

LinkedIn Corporation © 2026

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select language
English (English)