# EXHIBIT 3

True and correct copy of the public professional profile of Jason Youmans, representing that he personally developed the large-scale, automated print-on-demand publishing pipeline used to process source material "into POD books," achieving a per-unit cost reduction of approximately 95% (last visited July 17, 2026).

Jason Youmans
Founder/CEO at ArtStream.ai

More | + Follow | Message



# Jason Youmans

Founder/CEO at ArtStream.ai

Charleston County, South Carolina, United States · Contact info

500+ connections

Message | + Follow | More

ArtStream.ai

College of Charleston

## About

I am a seasoned entrepreneur with significant technology experience across various media industries.

Previously, I was a co-founder and principal software architect for BiblioLabs, a company that rapidly disrupted the library space with its suite of cloud-based, multimedia curation tools and powerful distribution platform. The role has afforded me the privilege of working with an amazing team to build multiple award-winning software products.

Prior to that, I was a co-founder of BookSurge, a pioneer in the self-publishing and print-on-demand industries. At BookSurge, I managed all technology and led expansion into 9 countries within 3 years. In 2005, Amazon acquired the company and integrated the print technology directly into its fulfillment centers. Since the acquisition, the company has grown into a division with over 600 employees that generates $200MM+ revenue.

I enjoy making new professional acquaintances, so feel free to reach out if you want to talk about business or technology.

Strengths: Software Architecture, Cloud Architecture, DevOps, Agile Development, Product Design, Process Management

## Activity

+ Follow

759 followers

### Jason has no recent posts

Recent posts Jason shares will be displayed here.

Show all →

## Experience

### Founder/CEO
ArtStream.ai
Apr 2023 - Present · 3 yrs 4 mos
United States · On-site

ArtStream.ai is transforming the world of visual art by combining specially trained LLMs with the latest generative AI technologies. Our demand-driven approach helps artists, designers, and brands unlock new marketplace opportunities by enabling the creation of contextually relevant works for distribution in a wide array of channels.

Please reach out if you would like to learn more.

**Growth Strategies, ChatGPT and +3 skills**

---

### Founder / CEO / Consultant
Publishing Solutions · Self-employed
Jan 2017 - Present · 9 yrs 7 mos
Jackson, Wyoming · Remote

Developed a large-scale, white label, POD publishing pipeline. The most recently completed project involved the rewrite and migration of legacy on-prem systems to a distributed and highly scaled cloud-based architecture. In addition, several new proprietary systems were created to analyze, process several hundred million images into POD books. This resulted in a per-unit cost reduction of ~95% and 3x gross margin contribution within the first 2 years.

**Data Analysis, Machine Learning and +4 skills**

---

### Partner
Lion Properties, LLC · Self-employed
Jun 2005 - Jan 2022 · 16 yrs 8 mos
Charleston, South Carolina Metropolitan Area

Private real estate investment, development and management. Sold company in 2022.

**Real Estate, Residential Real Estate and +2 skills**

---

### Co-founder / Principal Software Architect
BiblioLabs
Jul 2007 - Jun 2021 · 14 yrs
Charleston, South Carolina Metropolitan Area

Architected software and guided development of BiblioBoard from concept to product. BiblioBoard is an award-winning multimedia publishing ecosystem that has changed the way libraries purchase content and engage patrons. Acquired by LYRASIS in 2021.

**Software Project Management, Agile Project Management and +3 skills**

---

### Co-founder and Software Architect
BookSurge
Jan 2000 - Jul 2004 · 4 yrs 7 mos

Created one of the earliest print-on-demand and self-publishing platforms from concept to implementation. Managed rapid user growth and the expansion of manufacturing facilities into nine countries within 3 years. The company was acquired by Amazon and continues to thrive as Kindle Direct Publishing.

Show all →

## Education

## Education

### College of Charleston
Master of Science, Computer and Information Sciences
2008 – 2010

Completed the below courses with 4.0 of 4.0 earned in each.
... more

### College of Charleston
Bachelor of Science, Computer Information Systems
1998 – 2002

Activities and societies: Association of Computing Machinery (ACM)

## Licenses & certifications

### AI Agents in LangGraph
DeepLearning.AI
Issued Jun 2024

**LangGraph and AI Agents**

### Generative AI with Large Language Models
Coursera
Issued Nov 2023

Show credential

**Large Language Models (LLM) and Generative AI**

## Projects (3)

### BiblioBoard (iPad App)
Jan 2012 – Present

Associated with BiblioLabs

Show project

BiblioBoard® is a mobile library featuring digital collections of books, images, articles, audio and video
... more

**Other contributors**

+2

### BiblioBoard Creator
Jun 2011 – Present

Associated with BiblioLabs

Show project

BiblioBoard® Creator is a platform that allows you to easily create multimedia Anthologies that are
... more

Other contributors

+3

Show all →

## Skills (51)

### LangGraph

AI Agents in LangGraph

Endorsed by 1 person in the last 6 months

2 endorsements

### AI Agents

AI Agents in LangGraph

Endorsed by 1 person in the last 6 months

2 endorsements

Show all →

## Recommendations

Received (2) Given (4)

**Eelco Hillenius** · 3rd+
Builder, Engineering Leader | Platform & DevX
February 22, 2017, Jason was senior to Eelco but didn't manage Eelco directly

Jason during my time at Bibliolabs was often the genuis behind the scenes. He takes up something, and then goes all the way with it. And then some. For instance, I set up a first pass for a new DevOps setup, and a few weeks after that he transformed it into something I could only imagine would've taken half a year to build by someone else.

It was great working with Jason, and I would gladly join him again on his next venture if that comes up.

**David Williams** · 3rd+
Chief Architect @ ATG
August 8, 2013, David reported to Jason directly

Jason is the best manager I've ever had. He is a hard worker and demands the same from his colleagues. He is willing to push back against senior executive demands when appropriate, but also just as willing to bend his thinking to align with business objectives at all times. His greatest strength is his willingness to listen to, and absorb, the opinions of others; he doesn't always have to be right, as long as the right answer is chosen. Very calm and level-headed at all times. Jason

to be right, as long as the right answer is chosen. Very calm and level headed at all times, Jason is not only a great manager but someone people like to be around.

## Honors & awards

**2012 Inc. 500 Winner**
Issued by Inc. Magazine · Dec 2012

Associated with BiblioLabs

Winner of 2012 Inc. 500 award for 1,111% revenue growth over 3 year period. We were #338 of 500 over
and #7 in the media category. At the time we had 15 employees which represents 1.16MM of revenue per

## Organizations

**Charleston Technology Group**
Organizer · Mar 2013 – Present

Associated with BiblioLabs

http://www.meetup.com/Charleston-Technology-Group/

---

**Charleston Java Users Group**
Organizer · Jan 2011 – Feb 2013

Associated with BiblioLabs

## Interests

Top Voices | Companies | Groups | Newsletters | Schools



**Reid Hoffman** · 3rd+
Co-Founder, LinkedIn, Manas AI & Inflection AI. Founding Team, PayPal. Author of Superagency. Podcaster of Possible and Masters of Scale.
2,779,742 followers

+ Follow



**Bill George** · 3rd+
Executive Education Fellow at Harvard Business School, former Medtronic CEO, and Best-selling Author | True North Emerging Leader Edition available now!
283,913 followers

+ Follow

Show all →

## Causes

Animal Welfare • Children • Education • Science and Technology



VantageScore®

The credit score built for today's borrowers.

Trusted by 2,700+ lenders. Follow today.

Follow

## More profiles for you

**Anuj Bhusal** · 3rd+
Student at Sunway College Kathmandu

Message

**Jan Stasiek** · 3rd+
CEO, Eco4us, Inc.

Connect

**Omar Khalfan** · 3rd+
CEO and Founder @ Precision Data Services | Network Infrastructure | WISP Ops | Gaming Network Engineer

Connect

**Spencer Dabbs** · 3rd+
Co-Founder & CEO/President of Wings of Mercy | Faith-Driven Leader Dedicated to Disaster Relief, Student Outreach, and Community Restoration

Follow

**Michele Marsar** · 3rd+
Founder and CEO of Tiny Bubbles Cleaning

Message

Show all →

## Explore Premium profiles

**Zoe Herbert** · 3rd+
Senior Partner at Phipps & Pritchard/McCartneys

Follow

**Harriet Carroll** · 3rd+
Partner at Charles Rose Legal | Specialist in Real Estate Finance, Development Finance & Asset-Based Lending

Message

**Shae Hoppe** · 3rd+

Events & Operations Coordinator | Marketing & Administration | Bringing projects to life, from planning behind the scenes to getting stuck into event set-ups | Open to Work

Message

Tanya Parker - Associate CIPD · 3rd+
Founding Director at Kiddo Club Ltd

Message

## People you may know

Matt Scarlett · 3rd+
Independent Mortgage Broker

Connect

Howard Burak · 3rd+
Self Employed antiques dealer at None,self employed

Connect

David Wynne-Fitzgerald · 3rd+
Self employed Solicitor at None

Connect

Robert Emson · 3rd+
Employed

Connect

ADNAN RAJA · 3rd+
Self Employed

Connect

Show all →

## You might like

Pages for you

Mind
Mental Health Care
835,838 followers

+ Follow

CIPD
Human Resources Services
408,833 followers

+ Follow

Show all →




About
Accessibility
Talent Solutions
Community Guidelines
Careers
Marketing Solutions
Privacy & Terms
Ad Choices
Advertising
Sales Solutions
Mobile
Small Business
Safety Center

LinkedIn Corporation © 2026

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select language
English (English)