# EXHIBIT 18

Publicly available materials concerning the founding, operation and acquisition of BookSurge LLC and BiblioLabs, LLC, comprising: press release of Amazon.com, Inc. dated April 4, 2005 announcing its acquisition of BookSurge LLC of Charleston, South Carolina, and quoting Robert Holt as BookSurge's chief executive officer; "LYRASIS Acquires BiblioLabs," Smart Libraries Newsletter (September 2021), recording the founding of BookSurge in 2000 by Robert Holt, Mitchell Davis and Andrew Roskill, the establishment of BiblioLabs in 2006, and its acquisition by LYRASIS in June 2021; and "BiblioBoard: New Sales Channel for Digital Content," Publishers Weekly (September 15, 2012), describing BiblioLabs' ownership of BiblioBazaar and BiblioLife and its print-on-demand production of public-domain content at up to one thousand books per day.

April 04, 2005

# Amazon.com Acquires BookSurge LLC

SEATTLE--(BUSINESS WIRE)--April 4, 2005--Leading online retailer Amazon.com, Inc. (Nasdaq:AMZN) today announced it has acquired BookSurge LLC, a global leader in inventory-free book printing and fulfillment, based in Charleston, South Carolina.

BookSurge maintains a catalog of thousands of titles that can be printed on-demand and are available for sale on Amazon.com. BookSurge offers its inventory-free book fulfillment network to publishers through BookSurge Publisher Services and to authors through BookSurge Publishing. In addition, retailers, wholesalers and distributors can leverage the BookSurge Direct wholesale platform.

"Print-on-demand has changed the economics of small-quantity printing, making it possible for books with low and uncertain demand to be profitably produced," said Greg Greeley, vice president of media products for Amazon.com. "BookSurge makes it possible to print books that appeal to targeted audiences, whether it's one copy or one thousand. Our new relationship with BookSurge will provide Amazon customers an ever-expanding selection of titles that are not available through other channels. Thanks to print-on-demand, 'out of print' is out of date."

Some examples of the variety of titles available on demand through BookSurge include foreign-language books such as the Arabic-language version of the international bestseller The Da Vinci Code and Perez and Martina: A Puerto Rican Folktale, by celebrated Latina librarian Pura Belpre. In addition, BookSurge offers selections from New York Times bestselling author

Amazon News

PRESS CENTER

Robert Holt, BookSurge's chief executive officer, said, "BookSurge is dedicated to creating better opportunities for authors and publishers, and our new relationship with Amazon.com will allow us to do just that. We are delighted to become a part of the Amazon family and look forward to helping even more publishers and authors find a profitable outlet for their books."

Terms of the acquisition were not disclosed.

About BookSurge

Founded in 2000, BookSurge serves thousands of authors, publishers, retailers, distributors and wholesalers by helping to realize potential revenue on out-of-print titles by printing books and fulfilling book orders more affordably. BookSurge sells books worldwide profitably through a robust Global Publishing System (GPS) software platform and a network of affiliates with fulfillment facilities worldwide. Information regarding these services can be located at www.booksurge.com, www.booksurgepublishing.com and www.booksurgepublisherservices.com .

About Amazon.com

Amazon.com, Inc., (Nasdaq:AMZN), a Fortune 500 company based in Seattle, opened on the World Wide Web in July 1995 and today offers Earth's Biggest Selection. Amazon.com seeks to be Earth's most customer-centric company, where customers can find and discover anything they might want to buy online, and endeavors to offer its customers the lowest possible prices. Amazon.com and other sellers offer millions of unique new, refurbished and used items in categories such as beauty, health and personal care, jewelry and watches, gourmet food, sports and outdoors, apparel and accessories, books, music, DVDs, electronics and office, toys and baby, and home and garden.

As used herein, "Amazon.com," "we," "our" and similar terms include Amazon.com, Inc., and its subsidiaries, unless the context indicates otherwise.

Forward-Looking Statement

This announcement contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Actual results may differ significantly from management's expectations. These forward-looking statements involve risks and uncertainties that include, among others, risks related to potential future losses, significant amount of indebtedness, competition, management of growth, potential fluctuations in operating results, international expansion, fulfillment center optimization, seasonality, commercial agreements, acquisitions, and strategic transactions, foreign exchange rates, system interruption, consumer trends, inventory, limited operating history, government regulation and taxation, fraud, and new business areas. More information about factors that potentially could affect Amazon.com's financial results is included in Amazon.com's filings with the Securities and Exchange Commission, including its Annual Report on Form 10-K for the year ended December 31, 2004, and all subsequent filings.

CONTACT: Amazon.com
Patty Smith, 206-266-7180
or
BookSurge
Lisa Ryan, 843-579-0000, ext. 134
Lisa.ryan@booksurge.com

SOURCE: Amazon.com

Amazon News

PRESS CENTER

Investor Resources

Amazon News

Images and videos

Contact Amazon PR

Shop Amazon.com

Careers

Amazon.com | Conditions of Use | © 1996-2026 Amazon.com, Inc. or its affiliates

SUBSCRIBE: DIGITAL + PRINT | FREE NEWSLETTERS | LOG IN

SELF-PUB booklife | JOBZONE | MILLIONS

Search Publishers Weekly

NEWS | REVIEWS | BESTSELLERS | CHILDREN'S | AUTHORS | PREVIEWS | DIGITAL | INTERNATIONAL | AI

Devices | Copyright | Retailing | Conferences | Content / e-books | Apps | Digital Marketplace

**Home > Digital > Apps**

QUICKLINKS

Program Specialist - Library of Congress - Washington, DC. NEXT JOB ▸

ADVERTISEMENT

# BiblioBoard: New Sales Channel for Digital Content

Digital Publishing

By Calvin Reid | Sep 15, 2012

Share Post Post SUBSCRIBE by the Month

Created by the founders of BookSurge, the print-on-demand vendor acquired by Amazon, BiblioBoard is a new app and e-publishing platform that offers a library of public domain content bundled into subject category anthologies. The BiblioBoard app offers these BiblioLife anthologies at different prices, and by using Nuvique, a BiblioLabs digital authoring tool, allows an individual, or any large institution, to publish content and brand it through the BiblioBoard channel.

BiblioBoard is a product of BiblioLabs, the company set up by the BookSurge founders, chief business officer Mitchell Davis and CEO Andrew Roskill, after Amazon acquired BookSurge in 2005. The company also owns BiblioBazaar, which it continues to run, offering POD editions of public domain content, producing up to 1,000 print books a day. “That’s when we were in the print business. Now we’ve transitioned to digital publishing,” said Davis during a phone interview. In addition to BiblioBoard and BiblioBazaar, BiblioLabs owns BiblioLife, the imprint that produces the anthologies to be sold through the BiblioBoard app.

RELATED STORIES:

- PW issue Contents
- More in Digital -> Apps
- More in articles by Calvin Reid

Request permission to reprint of this article.

FREE E-NEWSLETTERS

Enter e-mail address

☑ PW Daily ☑ Tip Sheet

SUBSCRIBE More Newsletters

The BiblioBoard app was launched in August with a list of 100 “anthologies” of public domain content. “BiblioBoard offers a library of books on all kinds of historical topics,” Davis said, noting the company has amassed a large archive of public domain content from its POD businesses. BiblioBoard’s digital anthologies are publications that focus on specific subject areas, such as Castles: An Anthology; Trains: The History and Pleasures of Railroading, and Baseball: America’s Favorite Game. Each of BiblioBoard’s digital anthologies offers a bundle of 75 or more books of all kinds on the topic selected by the BiblioLabs staff—the baseball anthology, for example, includes the 1913 novel Baseball Joe at Yale by Lester Chadwick and How to Play Baseball by Connie Mack (1903)—in addition to other kinds of content ranging from images and period guides to newspapers, journals, and letters. Most of the initial anthologies are offered through the app by BiblioLife and sell for about $9.99 though a $15.99 price was tested. But pricing is flexible, Davis said, who pointed out that third-party content owners can release branded anthologies through BiblioBoard at any price they choose, including for free.

Using Nuvique, BiblioLabs’ free self-service authoring tool, pretty much anyone can create multimedia anthologies and sell—or give away—through the BiblioBoard app. The company is aiming to attract institutional clients such as libraries and museums that have digital collections (with copyrights they own) or, Davis said, public domain material they can use to generate revenue. “For organizations with archives, artifacts, a story, and no budget, we’ve created a tool they can use to make money. We’re a long-tail marketplace,” Davis said, emphasizing that Nuvique allows

MORE FROM PW




*PW* Summer Reads 2026



Writers Talking Writers: Sophie Mackintosh on Javier Marías and Rabih Alameddine on Joe Brainard




11 New Books to Read This AAPI Heritage Month



institutions with big unsearchable archival collections to provide access to the public as well as generate revenue. The British Library was one of its first partners and used the platform to create a stand-alone British Library 19th Century Collection app that offers paid access (for a one-time charge of $89.99) to more than 65,000 titles. While the British Library app has been successful (250,000 downloads in three weeks from more than 160 countries), Davis said the app offers a vast amount of content and can overwhelm consumers, so BiblioLabs switched to organizing content in smaller, themed anthologies. “BiblioBoard allows academic institutions to disaggregate large collections,” he said, breaking them down into digestible content categories that make it easier for consumers to find and buy content—whether books, photos, maps, or videos—in new ways.

In addition to the British Library, Davis said BiblioLabs is partnering with the American Alpine Club, which is creating a mountaineering anthology, while the San Diego Air and Space Museum is creating anthologies on Amelia Earhart and Charles Lindbergh. Indie press Red Wheel/Weiser is working on a variety of anthologies, and a University of Colorado musicology professor is creating an anthology for class use instead of a traditional textbook.

Pricing, Davis said, is determined by the content owners, and BiblioLabs takes a percentage. But pricing the anthologies remains an question; “$9.99 for a library of content seems like a value proposition, but there are some anthologies priced at $4.99. We’re trying to find a sweet spot,” Davis said. And the firm is also talking to agents, promoting the use of BiblioBoard as a digital publishing platform for their authors. The company has a staff of about 26 people, mostly based in Charleston, S.C. It’s hired a librarian to oversee the selections for its initial anthologies, which “were based on our bestselling POD titles,” Davis said, “and some of our staff had knowledge in certain categories.”

Davis said BiblioBoard will begin offering a Web-based version of the app in October and is considering offering support beyond the iPad. “Right now we just want people to use it,” Davis said. “We’re an agile development environment. We look at what’s working, and we can shift around and get the right things into the marketplace.”

A version of this article appeared in the 09/17/2012 issue of *Publishers Weekly* under the headline: BiblioBoard: New Sales Channel for Digital Content


**ALSO ON PW**




**Our Annual Book Biz Events Calendar more...**



**This Week's Starred Reviews**




**Check Out Our Podcasts! more...**




**Bullies, Parasites and Slaves**

**7 Books That Inspired Jessica Handler’s Novel of Second-Wave Feminism and Rock and Roll**

FEATURED REVIEWS




**MIA**

*Leslie Bazzett. Scribner, $28 (320p) ISBN 978-1-6682-2732-9*

PREVIOUS NEXT

MOST POPULAR

- ***PW* Summer Reads 2026**
- **This Week’s Bestsellers: June 1, 2026**
- **Library Orgs Urge Big Five to Address Digital Pricing**
- **Andrew Martin to Retire from St. Martin’s Publishing Group**
- **Booksellers Push Back Against Virtual ABA Forum**
- **Book Deals: Week of June 1, 2026**
- **USBS 2026: Lee Jarit Says Audible Is Not Done Growing**
- **USBS 2026: Brooke Dobson Sees Untapped Opportunity in the Backlist**
- **Court Rules Against Anna’s Archive in Copyright Lawsuit**
- **Pioneering Gay Book Publisher Don Weise Dies at 59**
- **Can a Nonprofit Model Work for Bookstores?**

BESTSELLERS

*View by genre:* Top 10 Overall *more*

1 **The Ballad of Falling Dragons (Standard Edition)**
Sarah A Parker, Author

2 **Oh, the Places You'll Go!**
Dr Seuss, Author

3 **Theo of Golden**
Allen Levi, Author

4 **The Deal**
Elle Kennedy, Author

5 **Ironwood: A Catalina Novel**
Michael Connelly, Author

About Us | Contact Us | Submission Guidelines | FAQ | Subscriber Services | Advertising Info | Terms of Use | Privacy Policy | Do Not Sell | Calls for Info | Editorial Calendar | Archives | Press |

© PWxyz, LLC. All rights reserved. PUBLISHERS WEEKLY and the PW Logo are trademarks of PWxyz, LLC.

**News**
Obituaries
Book Deals
Financial Reporting
Page to Screen
Bookselling
Publisher News
Awards & Prizes
Comics
Business Deals
Shows & Events
Cooking
People
Religion
Audio Books
Manufacturing
Marketing
PW Picks
Licensing
U.S. Book Show

**Reviews**
Fiction
Mystery/Thriller
Sci-Fi/Fantasy/Horror
Romance/Erotica
Comics
Poetry
Inspirational Fiction
Nonfiction
Lifestyle
Religion
Children's
Web Exclusive
BookLife

**Bestsellers**
Children's Frontlist Fiction
Children's Picture Books
Hardcover Frontlist Fiction
Hardcover Frontlist Nonfiction
Top 10 Overall
Trade Paper Frontlist

**Children's**
Authors
Book News
Industry News

**Authors**
Profiles
Interviews
Why I Write
BookLife

**Previews**
Adult Previews
Children's Previews
Religion Listings
On-Sale Calendar
Galley Talk

**Digital**
Devices
Copyright
Retailing
Conferences
Content / e-books
Apps
Digital Marketplace

**The Roundup**

**International**
Deals
News
Trade Shows
Frankfurt Book Fair
London Book Fair
Bologna Book Fair
Sharjah Book Fair
China Showcase
Translation Database

**Job Zone**
**Job Moves**

**Find Us**
Facebook
Twitter
Instagram
LinkedIn PW
LinkedIn PW Religion & Spirituality
LinkedIn PW School Librarian

**AI**

# Library Technology Guides

## Document Repository

- Home »
- Libraries »
- Guides
- Documents
- Vendors »
- Products »
- News
- Procurement
- Member Login »

Smart Libraries Newsletter

News and Analysis in Library Technology Developments

ALA TechSource alatechsource.org

## LYRASIS Acquires BiblioLabs

**Smart Libraries Newsletter [September 2021]**

In a move that further strengthens its role as a provider of digital content and technologies, LYRASIS acquired BiblioLabs, which offers the popular BiblioBoard platform. BiblioBoard provides technologies to help libraries publish or digitize local materials and offers a variety of curated collections for distribution through libraries. Acquisition of BiblioLabs fits within the strategy LYRASIS has been developing that culminated in the launch of the Palace Project, featured in the August 2021 issue of Smart Libraries Newsletter.

This acquisition brings BiblioLabs, which previously operated as a for-profit company, into a nonprofit business model. LYRASIS had existing partnerships and business relationships with BiblioLabs, as did DPLA.

The specific details of the acquisition were not publicly released, though the announcement mentioned that the deal included a cash payment and a philanthropic contribution by the BiblioLabs owners. BiblioBoard leadership and personnel will become employees of LYRASIS. Nine individuals transferred, forming the BiblioLabs team for LYRASIS.

BiblioLabs products and services provide access to open access, library-created, and self-published content without many of the restrictions associated with licensed content from commercial publishers. BiblioLabs also provides tools for libraries to create local digital collections.

The BiblioBoard platform will be fully integrated into Palace Project, providing additional options for digital content, including perpetual ownership and multi-user simultaneous access.




LYRASIS history of Mergers and Acquisitions

Robert Holt, Mitchell Davis, and Andrew Roskill were involved in establishing BiblioLabs in 2006. Robert Holt served as the company's initial chief executive officer. Mitchell Davis served as its chief business officer and now leads this division of LYRASIS as senior director. Andrew Roskill served as its chief business officer through the acquisition in June 2021. In 2000, Roskill, Davis, and Holt co-founded BookSurge, a printon-demand company that was acquired by Amazon in 2005. BiblioLabs' initial technology platform, the Global Book Manager Application Suite, provided a comprehensive solution for the creation, distribution, and promotion of content for both print-on-demand and digital distribution. The BiblioBoard product was initially launched in 2013 as an app for the Apple iPad. BiblioBoard has since become the primary brand for BiblioLabs. This platform has evolved to its current BiblioBoard product suite, which includes the Creator and Pressbooks Public.

BiblioLabs, in partnership with Library Journal, launched the SELF-e initiative in 2014 to provide distribution for works by independent or self-published authors, which was rebranded as the Indie Author Project in September 2018. IAP Select organizes content into individual curated collections that can be licensed to distributors. Content from the Indie Author Project is available through multiple library lending services, including the DPLA Exchange, Overdrive, bibliotheca cloudLibrary, and Axis 360.

| | |
|---|---|
| **Permalink:** | https://librarytechnology.org/document/26694/ |
| **View Citation** | View Citation |
| **Publication Year:** | 2021 |
| **Type of Material:** | Article |
| **Language** | English |
| **Published in:** | ***Smart Libraries Newsletter*** |
| **Publication Info:** | **Volume 41 Number 09** |
| **Issue:** | September 2021 |
| **Page(s):** | 4-5 |
| **Publisher:** | ALA TechSource |
| **Place of Publication:** | Chicago, IL |
| **Company:** | **LYRASIS** |
| **Subject:** | **Mergers and Acquisitions** |
| **ISSN:** | 1541-8820 |
| **Record Number:** | 26694 |
| **Last Update:** | 2026-06-02 05:46:54 |
| **Date Created:** | 2021-09-17 07:55:44 |
| **Views:** | 696 |

New Search  Library Technology Guides

New Search  Library Technology Guides

Maintained by **Marshall Breeding**

Copyright 1994-2024