# EXHIBIT 19

Printout of CMP's copyright webpage at https://support.creativemedia.io/copyright/, containing CMP's standing copyright-complaint form and its representation that its books “are reproductions published before 1923 or are otherwise found in the public domain” (last visited August 26, 2026).




We are dedicated to making high quality reproductions of public domain works available in print again. Our books may have occasional imperfections such as missing or blurred pages, poor pictures, errant marks, etc. that were either part of the original artifact, or were introduced by the scanning process. However, we believe these works are culturally important, and despite the imperfections, have elected to bring them back into print as part of our continuing commitment to the preservation of printed works worldwide. Our books are reproductions published before 1923 or are otherwise found in the public domain.

If you feel we have unintentionally infringed on an existing copyright, please provide us with the details of the copyright claim by completing the following form and we will promptly address the issue. Please provide as much information as possible to expedite our investigation.

**Name** (required)

**Email** (required)

**ISBN / EAN13** (required)

**Title of Work** (required)

**Full Author Name** (required)

**Details** (required)

SUBMIT

Creative Media Partners