# EXHIBIT 22

**Work No. 1: *This Tremendous Lover***

On each page of this Exhibit:

The upper image is a screen capture of the digitized source copy as displayed on the Internet Archive, https://archive.org/details/thistremendouslo0000boyl, last visited July 26, 2026.

The lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781014810397, purchased by Plaintiff's counsel.







Case 5:26-cv-00088-BO-KS Document 29-24 Filed 09/29/26 Page 2 of 6


This tremendous lover : Boylan
archive.org/details/thistremendouslo0000boyl/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
THIS TREMENDOUS LOVER


THIS TREMENDOUS LOVER




*To*
MARY
THE MOTHER
OF THE
WHOLE CHRIST
AND
THE WOMAN THOU GAVEST ME
TO BE
MY COMPANION

# THIS TREMENDOUS LOVER

By

FR. M. EUGENE BOYLAN,
O. Cist. R.

THE NEWMAN BOOKSHOP
Westminster, Maryland
1947



*To*
MARY
THE MOTHER
OF THE
WHOLE CHRIST
AND
THE WOMAN THOU GAVEST ME
TO BE
MY COMPANION

THIS TREMENDOUS LOVER

By

FR. M. EUGENE BOYLAN,
O. Cist. R.

THE NEWMAN BOOKSHOP
Westminster, Maryland
1947



archive.org/details/thistremendouslo0000boyl/page/n7/mode/2up

Borrow Unavailable Book available to patrons with print disabilities.

Cum Permissu Superiorum

Nihil Obstat:
JOSEPHUS ROGERS,
*Censor Theol. Deputatus*

Imprimi Potest:
✠MICHAEL,
*Ep. Laonensis*

*die 23 Julii, 1946*

Copyright, 1947, by The Newman Bookshop



## PREFACE

There is a phenomenon in the natural order which illustrates a great principle of the supernatural order; it is the structure and the growth of crystals. Each crystalline substance has its own characteristic shape; wherever complete crystals occur, not only the whole crystal, but also each unit of it, has that particular shape. If a crystal be suspended in a suitable solution of the substance of which it is composed—the "mother liquor" as it is called—that crystal will grow by drawing to itself material from the solution, forming it to its own image and likeness, and then uniting it to itself, yet so that the new and greater unity is an exact replica of the original nucleus and of each of the component units.

So it is with Christ. Lifted up on the Cross, He draws all things to Himself; as St. Irenæus says, "He recapitulated in Himself the long history of men, 'summing us up' and giving us salvation, that we might receive again in Christ Jesus what we have lost in Adam, that is the image and likeness of God."[1]

On the cross, Christ "summed up" in one sacrificial act His whole life and His whole love. In His life and death, He "sums up" the whole life and destiny of His Church, and also the whole life and death of each member of that Church. There is, of course, individual diversity between the members but there is also a fundamental unity of pattern. To see it, one must first look below the surface of the individuating differences to observe the common pattern, and then stand back far enough from the complete unity to see it as a whole; for unless something of the consummation be glimpsed, there is difficulty in seeing the full significance of the individual destiny and of the common bond.

For the common bond—the bond of all perfection—is love, and the magnificence of the whole is the unity of love. The model according to which the whole is designed is the Blessed

[1] St Irenæus: *Adv. Hær.* iv, 38 and 2. Many of our quotations from the Fathers are taken from Fr. Kelly's translation of that splendid work on the Mystical Body by Fr. Mersch, S.J. The English translation is published by Bruce under the title *The Whole Christ.*





PREFACE

There is a phenomenon in the natural order which illustrates a great principle of the supernatural order; it is the structure and the growth of crystals. Each crystalline substance has its own characteristic shape; wherever complete crystals occur, not only the whole crystal, but also each unit of it, has that particular shape. If a crystal be suspended in a suitable solution of the substance of which it is composed—the "mother liquor" as it is called—that crystal will grow by drawing to itself material from the solution, forming it to its own image and likeness, and then uniting it to itself, yet so that the new and greater unity is an exact replica of the original nucleus and of each of the component units.

So it is with Christ. Lifted up on the Cross, He draws all things to Himself; as St. Irenæus says, "He recapitulated in Himself the long history of men, 'summing us up' and giving us salvation, that we might receive again in Christ Jesus what we have lost in Adam, that is the image and likeness of God."[1]

On the cross, Christ "summed up" in one sacrificial act His whole life and His whole love. In His life and death, He "sums up" the whole life and destiny of His Church, and also the whole life and death of each member of that Church. There is, of course, individual diversity between the members but there is also a fundamental unity of pattern. To see it, one must first look below the surface of the individuating differences to observe the common pattern, and then stand back far enough from the complete unity to see it as a whole; for unless something of the consummation be glimpsed, there is difficulty in seeing the full significance of the individual destiny and of the common bond.

For the common bond—the bond of all perfection—is love, and the magnificence of the whole is the unity of love. The model according to which the whole is designed is the Blessed

[1] St Irenæus: Adv. Hær. iv, 38 and 2. Many of our quotations from the Fathers are taken from Fr. Kelly's translation of that splendid work on the Mystical Body by Fr. Mersch, S.J. The English translation is published by Bruce under the title The Whole Christ.

v


archive.org/details/thistremendouslo0000boyl/page/352/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
DATE DUE
248
B69
cop.3
LIBRARY


DATE DUE
248
B69
cop.3