# EXHIBIT 23

**Work No. 2: *Difficulties in Mental Prayer***

On each page of this Exhibit:

The upper image is a screen capture of the digitized source copy as displayed on the Internet Archive, https://archive.org/details/difficultiesinme0000boyl, last visited July 26, 2026.

The lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781013308314, purchased by Plaintiff's counsel.


Difficulties in mental prayer
archive.org/details/difficultiesinme0000boyl/page/n1/mode/2up
Ask Google
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
FROM SHADOWS and SYMBOLS to the TRUTH
Cor ad Cor loquitur
MARYGROVE COLLEGE
EX LIBRIS
B69
cop. 3


FROM SHADOWS and SYMBOLS to the TRUTH
Cor ad Cor loquitur
MARYGROVE COLLEGE
EX LIBRIS


Difficulties in mental prayer
archive.org/details/difficultiesinme0000boyl/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
DIFFICULTIES IN MENTAL PRAYER
Page — (3/151)


DIFFICULTIES IN MENTAL PRAYER




# DIFFICULTIES IN MENTAL PRAYER

BY

FR. M. EUGENE BOYLAN

*Monk of the Cistercian Abbey of Mount St. Joseph, Roscrea.*

*SIXTH IMPRESSION*

ALL RIGHTS RESERVED. MADE IN IRELAND.

M. H. GILL AND SON, LTD.
50 UPPER O'CONNELL STREET,
DUBLIN.

THE NEWMAN BOOKSHOP,
WESTMINSTER,
MARYLAND.



# DIFFICULTIES IN MENTAL PRAYER

BY

FR. M. EUGENE BOYLAN

*Monk of the Cistercian Abbey of Mount St. Joseph, Roscrea.*

*SIXTH IMPRESSION*

ALL RIGHTS RESERVED. MADE IN IRELAND.

M. H. GILL AND SON, LTD.
50 UPPER O'CONNELL STREET,
DUBLIN.

THE NEWMAN BOOKSHOP,
WESTMINSTER,
MARYLAND.




*First Published, July, 1943.*
*Second Impression, November, 1943.*
*Second Edition, March, 1944.*
*Fourth Impression, August, 1944.*
*Fifth Impression, March, 1945.*
*Sixth Impression, September, 1945.*

*Cum Permissu Superiorum*

Nihil Obstat:
PATRICIUS DARGAN,
CENSOR THEOL. DEPUT.

Imprimi Potest:
✠ IOANNES CAROLUS,
ARCHIEP. DUBLINEN.,
HIBERNIÆ PRIMAS.

DUBLINI, *die 17° Februarii, anno, 1944.*

*Printed and Bound in Ireland at the Press of the Publishers*

To
Mary
The Mother of Christ
Who Gave Her to Us for Our Own.



*First Published, July, 1943.*
*Second Impression, November, 1943.*
*Second Edition, March, 1944.*
*Fourth Impression, August, 1944.*
*Fifth Impression, March, 1945.*
*Sixth Impression, September, 1945.*

*Cum Permissu Superiorum*

Nihil Obstat:
PATRICIUS DARGAN,
CENSOR THEOL. DEPUT.

Imprimi Potest:
✠ IOANNES CAROLUS,
ARCHIEP. DUBLINEN.,
HIBERNIÆ PRIMAS.

DUBLINI, *die 17° Februarii, anno, 1944.*

*Printed and Bound in Ireland at the Press of the Publishers*

To
Mary
The Mother of Christ
Who Gave Her to Us for Our Own.




CONTENTS


| | | PAGE |
|---|---|---|
| | PREFACE | ix |
| I. | INTRODUCTION | 1 |
| II. | THE POWERS OF THE SOUL | 6 |
| III. | DISCURSIVE PRAYER | 9 |
| IV. | MODIFYING THE METHOD | 13 |
| V. | SOURCES OF DIFFICULTY IN PRAYER | 18 |
| VI. | TOWARDS AFFECTIVE PRAYER | 24 |
| VII. | AFFECTIVE PRAYER | 30 |
| VIII. | FURTHER DEVELOPMENTS | 35 |
| IX. | GOODNESS OF LIFE . . Best | 40 |
| X. | PRAYER AND THE SPIRITUAL LIFE | 46 |
| XI. | THE PATH OF PROGRESS | 52 |
| XII. | THE DIFFICULTIES OF NOT PRAYING | 58 |
| XIII. | THE PRAYER OF THE PRIEST | 63 |
| XIV. | THE INDWELLING SPIRIT OF ADOPTION | 70 |
| XV. | OUR IDENTIFICATION WITH JESUS | 77 |
| XVI. | THE GROWTH OF JESUS WITHIN US | 84 |
| XVII. | EMMANUEL—"GOD WITH US" | 90 |
| XVIII. | ASSETS AND LIABILITIES | 95 |
| XIX. | THE PRAYER OF FAITH | 101 |
| XX. | "MANY ARE CALLED . . ." | 109 |
| XXI. | CONCLUSION | 116 |
| | APPENDICES | 125 |





CONTENTS

| | | PAGE |
|---|---|---|
| | PREFACE | ix |
| I. | INTRODUCTION | 1 |
| II. | THE POWERS OF THE SOUL | 6 |
| III. | DISCURSIVE PRAYER | 9 |
| IV. | MODIFYING THE METHOD | 13 |
| V. | SOURCES OF DIFFICULTY IN PRAYER | 18 |
| VI. | TOWARDS AFFECTIVE PRAYER | 24 |
| VII. | AFFECTIVE PRAYER | 30 |
| VIII. | FURTHER DEVELOPMENTS | 35 |
| IX. | GOODNESS OF LIFE . . Best | 40 |
| X. | PRAYER AND THE SPIRITUAL LIFE | 46 |
| XI. | THE PATH OF PROGRESS | 52 |
| XII. | THE DIFFICULTIES OF NOT PRAYING | 58 |
| XIII. | THE PRAYER OF THE PRIEST | 63 |
| XIV. | THE INDWELLING SPIRIT OF ADOPTION | 70 |
| XV. | OUR IDENTIFICATION WITH JESUS | 77 |
| XVI. | THE GROWTH OF JESUS WITHIN US | 84 |
| XVII. | EMMANUEL—"GOD WITH US" | 90 |
| XVIII. | ASSETS AND LIABILITIES | 95 |
| XIX. | THE PRAYER OF FAITH | 101 |
| XX. | "MANY ARE CALLED . . ." | 109 |
| XXI. | CONCLUSION | 116 |
| | APPENDICES | 125 |




## PREFACE

THERE is a process used for printing pictures in colour which involves the making of separate blocks for each elementary component colour in the picture. The prints from each of these blocks are superimposed on each other, and if the relative strength of each colour is correct, the result is quite natural. If, however, any one shade is too weak, then there is a corresponding defect in final rendering of the true colour, which might perhaps be corrected by an extra printing of the weak component.

Now, the purpose of these pages is something like that of the extra printing. It is not that the standard presentation of mental prayer is defective, but it would seem that the impression of mental prayer that many souls have received needs to be strengthened in certain "colours." That purpose explains the irregular extent of treatment which the reader will notice in these pages. The subject of methodical meditation is only outlined, as there are more than enough excellent books dealing with it in great detail. Besides, the souls for whom this book is primarily intended are those who cannot succeed with the usual methods of meditation, as well as those who once were able to meditate but now find that it has become an impossibility to do so.

In order to fit this "extra printing" into the general picture of prayer, the whole subject is, at least, outlined; certain phases which seem to need more detailed treatment being dealt with more extensively. But there is another

ix


PREFACE

THERE is a process used for printing pictures in colour which involves the making of separate blocks for each elementary component colour in the picture. The prints from each of these blocks are superimposed on each other, and if the relative strength of each colour is correct, the result is quite natural. If, however, any one shade is too weak, then there is a corresponding defect in final rendering of the true colour, which might perhaps be corrected by an extra printing of the weak component.

Now, the purpose of these pages is something like that of the extra printing. It is not that the standard presentation of mental prayer is defective, but it would seem that the impression of mental prayer that many souls have received needs to be strengthened in certain "colours." That purpose explains the irregular extent of treatment which the reader will notice in these pages. The subject of methodical meditation is only outlined, as there are more than enough excellent books dealing with it in great detail. Besides, the souls for whom this book is primarily intended are those who cannot succeed with the usual methods of meditation, as well as those who once were able to meditate but now find that it has become an impossibility to do so.

In order to fit this "extra printing" into the general picture of prayer, the whole subject is, at least, outlined; certain phases which seem to need more detailed treatment being dealt with more extensively. But there is another

ix


Difficulties in mental prayer
archive.org/details/difficultiesinme0000boyl/page/132/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
DATE DUE
NO 8 '68
DE 15 '80
GAYLORD
PRINTED IN U.S.A.
3 1927 00111263 7
242.8
B69
cop.3
LIBRARY


DATE DUE
NO 8 '68
DE 15 '80
3 1927 00111263 7
242.8
B69
cop.3
LIBRARY