# EXHIBIT 24

**Work No. 3:** ***A Mystic Under Arms***

On each page of this Exhibit:

The upper image is a screen capture of the digitized source copy as displayed on the Internet Archive, https://archive.org/details/mysticunderarms0000boyl, last visited July 26, 2026.

The lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781015010079, purchased by Plaintiff's counsel.


archive.org/details/mysticunderarms0000boyl/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
Marygrove
EX LIBRIS
922.244
B63m
1945
Page — (1/67)


Marygrove
EX LIBRIS
922.244
B63m
1945


A mystic under arms : Boylan
archive.org/details/mysticunderarms0000boyl/page/n3/mode/2up
Ask Google
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
A MYSTIC UNDER ARMS
Page — (3/67)


A MYSTIC UNDER ARMS


archive.org/details/mysticunderarms0000boyl/page/n5/mode/2up
INTERNET ARCHIVE
Borrow Unavailable
Book available to patrons with print disabilities.
A Mystic Under Arms
FR. M. EUGENE BOYLAN, O.Cist.R.
Introductory Note
By
CAPT. J. M. FEEHAN
THE NEWMAN BOOKSHOP
WESTMINSTER, MARYLAND
Page — (5/67)


A Mystic Under Arms
FR. M. EUGENE BOYLAN, O.Cist.R.
Introductory Note
By
CAPT. J. M. FEEHAN
THE NEWMAN BOOKSHOP
WESTMINSTER, MARYLAND


A mystic under arms : Boylan,

archive.org/details/mysticunderarms0000boyl/page/n7/mode/2up

INTERNET ARCHIVE

Borrow Unavailable

Book available to patrons with print disabilities.

FIRST PUBLISHED 1945

Cum permissu Superiorum.

PRINTED IN EIRE
BY CAHILL & CO. LTD.
PARKGATE PRINTING WORKS
DUBLIN

World copyright reserved. The Mercier Press Ltd., Cork

CONTENTS


| | | Page |
|---|---|---|
| | Introductory Note .. .. .. | 7 |
| Chap. | | |
| I. | A Mystic under Arms .. .. .. | 11 |
| II. | At College .. .. .. .. .. | 16 |
| III. | Military Service .. .. .. .. | 22 |
| IV. | The Abbey of St. Joseph .. .. .. | 26 |
| V. | The Cistercian .. .. .. .. | 31 |
| VI. | The Campaign in Belgium .. .. | 38 |
| VII. | Convalescence .. .. .. .. | 45 |
| VIII. | The Trenches Again .. .. .. | 51 |
| IX. | "Life is Changed, not taken Away" .. | 57 |


Page — (7/67)


CONTENTS


| | | Page |
|---|---|---|
| | Introductory Note .. .. .. | 7 |
| Chap. | | |
| I. | A Mystic under Arms .. .. .. | 11 |
| II. | At College .. .. .. .. | 16 |
| III. | Military Service .. .. .. .. | 22 |
| IV. | The Abbey of St. Joseph .. .. .. | 26 |
| V. | The Cistercian .. .. .. .. | 31 |
| VI. | The Campaign in Belgium .. .. | 38 |
| VII. | Convalescence .. .. .. .. | 45 |
| VIII. | The Trenches Again .. .. .. | 51 |
| IX. | "Life is Changed, not taken Away" .. | 57 |