# EXHIBIT 25

**Work No. 4:** ***Saint Bernadette Soubirous***

On each page of this Exhibit:

The upper image is a screen capture of the digitized source copy as displayed on the Internet Archive, https://archive.org/details/saintbernadettes0000troc, last visited July 26, 2026.

The lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781015032835, purchased by Plaintiff's counsel.


Saint Bernadette Soubrious, 18
archive.org/details/saintbernadettes0000troc/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Marygrove
EX LIBRIS
MARYGROVE COLLEGE
LIBRARY
DETROIT, MICH.


270.5
B45
Marygrove
EX LIBRIS
MARYGROVE COLLEGE
LIBRARY
DETROIT, MICH.


Saint Bernadette Soubirous, 18
archive.org/details/saintbernadettes0000troc/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
SAINT BERNADETTE
SOUBIROUS


SAINT BERNADETTE
SOUBIROUS


Saint Bernadette Soubrious, 18
archive.org/details/saintbernadettes0000troc/page/n5/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Bernadette Soubirous soon after the Apparitions
FRANCIS TROCHU
SAINT BERNADETTE SOUBIROUS
1844-1879
Translated and Adapted by
JOHN JOYCE, S.J.
PANTHEON


Bernadette Soubirous soon after the Apparitions
FRANCIS TROCHU
SAINT BERNADETTE SOUBIROUS
1844-1879
Translated and Adapted by
JOHN JOYCE, S.J.
PANTHEON




Pantheon Books Inc.
333 Sixth Avenue, New York 14, N.Y.

*First published in France under the same title by Librairie Catholique Emmanuel Vitte Paris 1954*

© Longmans, Green and Co. Ltd., London, 1957

PRINTED IN GREAT BRITAIN. DE LICENTIA SUPERIORUM ORDINIS. NIHIL OBSTAT: JOANNES M. T. BARTON, S.T.D., L.S.S., CENSOR DEPUTATUS. IMPRIMATUR: E. MORROGH BERNARD, VIC. GEN. WESTMONASTERII: DIE 21A JUNII, 1957.

## CONTENTS

### I. CHILDHOOD

PAGE

1. FROM MILL TO MILL — 3
Bernadette's baptism. Her parentage. The poverty of the family.

2. IN THE LOURDES 'DUNGEON' — 16
Destitution. François Soubirous gaoled.

3. AMONG THE HILLS OF BARTRÈS — 26
The farm of the Lagües. Bernadette at catechism. The shepherdess. Mme Lagües' instruction. Back to Lourdes.

### II. THE APPARITIONS

4. HEAVEN VISITS EARTH — 39
Thursday, February 11, 1858. To Massabielle in search of firewood. The First Apparition. Bernadette's ecstasy.

5. FROM MASSABIELLE TO SAVY MILL — 48
Incredulity of the clergy and nuns. Sunday, February 14: Second Apparition. Her mother's anger and bewilderment.

6. PROMISE OF HAPPINESS — 55
Thursday, February 18: Third Apparition. Mme Millet. The 'Lady' speaks: an invitation and a promise.





Pantheon Books Inc.
333 Sixth Avenue, New York 14, N.Y.
*First published in France under the same title by Librairie Catholique Emmanuel Vitte Paris 1954*
© Longmans, Green and Co. Ltd., London, 1957
PRINTED IN GREAT BRITAIN. DE LICENTIA SUPERIORUM ORDINIS. NIHIL OBSTAT: JOANNES M. T. BARTON, S.T.D., L.S.S., CENSOR DEPUTATUS. IMPRIMATUR: E. MORROGH BERNARD, VIC. GEN. WESTMONASTERII: DIE 21A JUNII, 1957.
CONTENTS
I. CHILDHOOD
PAGE
1. FROM MILL TO MILL — 3
Bernadette's baptism. Her parentage. The poverty of the family.
2. IN THE LOURDES 'DUNGEON' — 16
Destitution. François Soubirous gaoled.
3. AMONG THE HILLS OF BARTRÈS — 26
The farm of the Lagües. Bernadette at catechism. The shepherdess. Mme Lagües' instruction. Back to Lourdes.
II. THE APPARITIONS
4. HEAVEN VISITS EARTH — 39
Thursday, February 11, 1858. To Massabielle in search of firewood. The First Apparition. Bernadette's ecstasy.
5. FROM MASSABIELLE TO SAVY MILL — 48
Incredulity of the clergy and nuns. Sunday, February 14: Second Apparition. Her mother's anger and bewilderment.
6. PROMISE OF HAPPINESS — 55
Thursday, February 18: Third Apparition. Mme Millet. The 'Lady' speaks: an invitation and a promise.
v


archive.org/details/saintbernadettes0000troc/page/402/mode/2up
INTERNET ARCHIVE
Return now
Renews automatically with continued use.
MARYGROVE COLLEGE
3 1927 00055960 6
Date Due
JUL 4 '58
NO 5 '68
DE 9 '69
FEB 2 4 1995
ILL # 185985736
Due: 5/01/18
PRINTED IN U.S.A.
270.921
B453T
Trochu, Francis.
Saint Bernadette Soubirous, 1844-1879; tr. by John Joyce, S.J.
DATE
ISSUED TO
JUL 4 '58
270.921
B453T


3 1927 00055960 6
Date Due
NO 5 '68
FEB 2 4 1995
ILL # 185985736
Due: 5/01/18
270.921
B453T
Trochu, Francis.
Saint Bernadette Soubirous, 1844-1879; tr. by John Joyce, S.J.
270.921
B453T