# EXHIBIT 26

**Work No. 5:** ***The Mother of the Saviour and Our Interior Life***

On each page of this Exhibit:

The upper image is a screen capture of the digitized source copy as displayed on the Internet Archive, https://archive.org/details/motherofsaviouro0000garr, last visited July 26, 2026.

The lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781014765024, purchased by Plaintiff's counsel.


The Mother of the Saviour and
archive.org/details/motherofsaviouro0000garr/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Marygrove
EX LIBRIS


Marygrove
EX LIBRIS


The Mother of the Saviour and
archive.org/details/motherofsaviouro0000garr/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
THE
MOTHER OF THE SAVIOUR
AND OUR INTERIOR LIFE


THE
MOTHER OF THE SAVIOUR
AND OUR INTERIOR LIFE




The Mother of The Saviour

*and*

Our Interior Life

BY

Father REGINALD GARRIGOU-LAGRANGE, O.P.

Professor of Dogma and Mystical Theology in the Angelico, Rome

TRANSLATED BY

BERNARD J. KELLY, C.S.SP., D.D.

*Deus, humilium celsitudo...*
O God, Who art the greatness of the humble, reveal to us Mary's humility which is proportioned to the elevation of her charity.

EAGLE GOLDEN BOOKS LIMITED

GOLDEN EAGLE BOOKS LTD
STANDARD HOUSE, DUBLIN



The Mother of The Saviour

*and*

Our Interior Life

BY

Father REGINALD GARRIGOU-LAGRANGE, O.P.

Professor of Dogma and Mystical Theology in the Angelico, Rome

TRANSLATED BY

BERNARD J. KELLY, C.S.SP., D.D.

*Deus, humilium celsitudo...*
O God, Who art the greatness of the humble, reveal to us Mary's humility which is proportioned to the elevation of her charity.

GOLDEN EAGLE BOOKS LTD
STANDARD HOUSE, DUBLIN


The Mother of the Saviour and
archive.org/details/motherofsaviouro0000garr/page/n7/mode/2up
INTERNET ARCHIVE
WEB TEXTS VIDEO AUDIO SOFTWARE IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT BLOG EVENTS PROJECTS HELP DONATE CONTACT JOBS VOLUNTEER
Return now
Renews automatically with continued use.
Nihil Obstat:
MICHAEL L. DEMPSEY, S.T.D.,
Censor Theol. Deputat.
Imprimi Potest:
✠ JOANNES CAROLUS,
Archiep. Dublinen., Hiberniae Primas.
Dublini, die 8 Decembris, 1948.
Imprimi Potest:
PATRICIUS O'CARROLL, C.S.SP.,
Superior Provincialis.
Dublini, die 2 Decembris, 1948.
Imprimi Potest:
FR. BERNARD MARIE, O.P.,
Vicaire Provincial de Zone Libre.
le 8 Juillet, 1941.
TO THE BLESSED VIRGIN MARY
MOTHER OF GOD
AND OUR MOTHER
who placed all her greatness in God
and was filled by Him with good things,
in token of profound gratitude
and filial obedience.


Nihil Obstat:
MICHAEL L. DEMPSEY, S.T.D.,
Censor Theol. Deputat.
Imprimi Potest:
✠ JOANNES CAROLUS,
Archiep. Dublinen., Hiberniae Primas.
Dublini, die 8 Decembris, 1948.
Imprimi Potest:
PATRICIUS O'CARROLL, C.S.SP.,
Superior Provincialis.
Dublini, die 2 Decembris, 1948.
Imprimi Potest:
FR. BERNARD MARIE, O.P.,
Vicaire Provincial de Zone Libre.
le 8 Juillet, 1941.
TO THE BLESSED VIRGIN MARY
MOTHER OF GOD
AND OUR MOTHER
who placed all her greatness in God
and was filled by Him with good things,
in token of profound gratitude
and filial obedience.


The Mother of the Saviour and
archive.org/details/motherofsaviouro0000garr/page/342/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
3 1927 00057622 0
Date Due
NOV 5 '50
JUN 15 '51
AUG 2 '55
JUN 24 '57
NO 30 '64
MY 24 '69
HEC#, 23622441
shipped 5/29/18
242.3
G19
tK2
MARYGROVE LIBRARY DETROIT, MI


3 1927 00057622 0
Date Due
HEC#, 23622441
shipped 5/29/18
242.3
G19
tK2