# EXHIBIT 27

**Work No. 6:** ***The Three Ways of the Spiritual Life***

On each page of this Exhibit:

The upper image is a screen capture of the digitized source copy as displayed on the Internet Archive, https://archive.org/details/threewaysofspiri00garr, last visited July 26, 2026.

The lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781015112384, purchased by Plaintiff's counsel.


The three ways of the spiritual
archive.org/details/threewaysofspiri00garr/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
248.1
493
493


248.1
493
493


The three ways of the spiritual
archive.org/details/threewaysofspiri00garr/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.




The three ways of the spiritual l
archive.org/details/threewaysofspiri00garr/page/n5/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
THE THREE WAYS OF
THE SPIRITUAL LIFE


THE THREE WAYS OF
THE SPIRITUAL LIFE




The Three Ways of the Spiritual Life

From the French of

PÈRE GARRIGOU-LAGRANGE, O.P.

The Newman Press
Westminster, Maryland

1950



The Three Ways of the Spiritual Life

From the French of

PÈRE GARRIGOU-LAGRANGE, O.P.

The Newman Press
Westminster, Maryland

1950




First published 1938
Reprinted 1950

NIHIL OBSTAT:
EDUARDUS CAN. MAHONEY, S.T.D.,
*Censor deputatus.*

IMPRIMATUR:
LEONELLUS CAN. EVANS,
*Vic. Gen.*

WESTMONASTERII,
*die 4a Maii 1938.*

Manufactured by
Universal Lithographers, Inc.
Baltimore 2, Md.
U. S. A.

## CONTENTS

PAGE

TRANSLATOR'S NOTE . . . . . . vii

FOREWORD . . . . . . . . . ix

CHAPTER

I. THE LIFE OF GRACE AND THE IMPORTANCE OF THE FIRST CONVERSION . . . . . . 1

II. THE SECOND CONVERSION: ENTRANCE INTO THE ILLUMINATIVE WAY . . . . . . 31

III. THE THIRD CONVERSION OR TRANSFORMATION OF THE SOUL: ENTRANCE INTO THE UNITIVE WAY . . . . . . . . . 48

IV. THE PROBLEM OF THE THREE STAGES OF THE SPIRITUAL LIFE IN ASCETICAL AND MYSTICAL THEOLOGY . . . . . . . 66

V. CHARACTERISTICS OF THE THREE STAGES OF THE SPIRITUAL LIFE . . . . . . 81

VI. THE PEACE OF THE KINGDOM OF GOD: A PRELUDE TO THE LIFE OF HEAVEN . . . . . 97

NOTE: ON THE CALL TO THE INFUSED CONTEMPLATION OF THE MYSTERIES OF FAITH . . . . . 105





First published 1938
Reprinted 1950

NIHIL OBSTAT:
EDUARDUS CAN. MAHONEY, S.T.D.,
*Censor deputatus.*

IMPRIMATUR:
LEONELLUS CAN. EVANS,
*Vic. Gen.*

WESTMONASTERII,
*die 4a Maii 1938.*

Manufactured by
Universal Lithographers, Inc.
Baltimore 2, Md.
U. S. A.

CONTENTS

PAGE
TRANSLATOR'S NOTE . . . . . . vii
FOREWORD . . . . . . . . . ix
CHAPTER
I. THE LIFE OF GRACE AND THE IMPORTANCE OF THE FIRST CONVERSION . . . . . . 1
II. THE SECOND CONVERSION: ENTRANCE INTO THE ILLUMINATIVE WAY . . . . . . 31
III. THE THIRD CONVERSION OR TRANSFORMATION OF THE SOUL: ENTRANCE INTO THE UNITIVE WAY . . . . . . . . . 48
IV. THE PROBLEM OF THE THREE STAGES OF THE SPIRITUAL LIFE IN ASCETICAL AND MYSTICAL THEOLOGY . . . . . . . 66
V. CHARACTERISTICS OF THE THREE STAGES OF THE SPIRITUAL LIFE . . . . . . 81
VI. THE PEACE OF THE KINGDOM OF GOD: A PRELUDE TO THE LIFE OF HEAVEN . . . . . 97
NOTE: ON THE CALL TO THE INFUSED CONTEMPLATION OF THE MYSTERIES OF FAITH . . . . . 105







Case 5:26-cv-00088-BO-KS Document 29-29 Filed 09/29/26 Page 7 of 7