# EXHIBIT 28

**Work No. 7:** ***The Complete Works of Saint Teresa of Jesus***

On each page of this Exhibit:

The upper image is a screen capture of the digitized source copy as displayed on the Internet Archive, https://archive.org/details/completeworksofs0001unse_g0w5, last visited July 26, 2026.

The lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781014493408, purchased by Plaintiff's counsel.


The complete works of Saint T
archive.org/details/completeworksofs0001unse_g0w5/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Marygrove
EX LIBRIS


Marygrove
EX LIBRIS


The complete works of Saint Te
archive.org/details/completeworksofs0001unse_g0w5/page/n5/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
THE COMPLETE WORKS OF
SAINT TERESA OF JESUS


THE COMPLETE WORKS OF
SAINT TERESA OF JESUS



THE COMPLETE WORKS OF
SAINT TERESA OF JESUS

TRANSLATED FROM THE CRITICAL EDITION OF
P. SILVERIO DE SANTA TERESA, C.D.

AND EDITED BY
E. ALLISON PEERS

VOLUME I:
GENERAL INTRODUCTION
LIFE
SPIRITUAL RELATIONS

NEW YORK
SHEED & WARD
1946



THE COMPLETE WORKS OF
SAINT TERESA OF JESUS

TRANSLATED FROM THE CRITICAL EDITION OF
P. SILVERIO DE SANTA TERESA, C.D.

AND EDITED BY
E. ALLISON PEERS

VOLUME I:
GENERAL INTRODUCTION
LIFE
SPIRITUAL RELATIONS

NEW YORK
SHEED & WARD
1946




FIRST PUBLISHED 1946
BY SHEED AND WARD, INC.
63 FIFTH AVENUE,
NEW YORK

NIHIL OBSTAT
REGINALDUS PHILLIPS, S.T.L.
CENSOR DEPUTATUS
IMPRIMATUR
E. MORROGH BERNARD
VIC. GEN.
Westmonasterii, die 16a Junii, 1944

THIS BOOK IS PRODUCED
IN COMPLETE CONFORMITY
WITH THE AUTHORIZED ECONOMY STANDARDS

PRINTED IN GREAT BRITAIN

TO THE GRACIOUS MEMORY
OF
P. EDMUND GURDON
*Sometime Prior of the Carthusian Monastery of Miraflores*

A MAN OF GOD



FIRST PUBLISHED 1946
BY SHEED AND WARD, INC.
63 FIFTH AVENUE,
NEW YORK

NIHIL OBSTAT
REGINALDUS PHILLIPS, S.T.L.
CENSOR DEPUTATUS
IMPRIMATUR
E. MORROGH BERNARD
VIC. GEN.
Westmonasterii, die 16a Junii, 1944

TO THE GRACIOUS MEMORY
OF
P. EDMUND GURDON
*Sometime Prior of the Carthusian Monastery of Miraflores*

A MAN OF GOD

THIS BOOK IS PRODUCED
IN COMPLETE CONFORMITY
WITH THE AUTHORIZED ECONOMY STANDARDS

PRINTED IN GREAT BRITAIN


The complete works of Saint T
archive.org/details/completeworksofs0001unse_g0w5/page/372/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Date Due
NO 3 '75
MR 15 '82
OC 16 '82
OC 10 '70
OC 25 '70
NO 24 '70
DE 15 '70
JE 26 '74
JY 24 '74
PRINTED IN U. S. A.
3 1927 00068213 5
270.921
T27
S13
tP3
v.1


Date Due
NO 3 '75
MR 15 '82
OC 16 '82
OC 10 '70
OC 25 '70
NO 24 '70
DE 15 '70
JE 26 '74
JY 24 '74
PRINTED IN U. S. A.
3 1927 00068213 5
.921


The three ways of the spiritual
archive.org/details/threewaysofspiri00garr/page/n133/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
493


3 1927 00068213 5
Date Due
270.521