# EXHIBIT 29

Work No. 8 – *Spain, the Church and the Orders*. On each page of this Exhibit, the upper image is a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/spainchurchorder0000peer, last visited August 26, 2026), and the lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781014976314, purchased by Plaintiff's counsel.


Spain, the church and the orde
archive.org/details/spainchurchorder0000peer/page/n1/mode/2up
Ask Google
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow
Renews automatically with continued use.
Marygrove
EX LIBRIS
Page — (1/239)


Marygrove
EX LIBRIS


Spain, the church and the orde
archive.org/details/spainchurchorder0000peer/page/n3/mode/2up
Ask Google
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
SPAIN, THE CHURCH
AND THE ORDERS
Page — (3/239)


SPAIN, THE CHURCH
AND THE ORDERS



Spain, the church and the orde
archive.org/details/spainchurchorder0000peer/page/n5/mode/2up
Ask Google
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow
Renews automatically with continued use.
SPAIN, THE CHURCH
AND THE ORDERS
By
E. ALLISON PEERS
LONDON
BURNS OATES & WASHBOURNE LTD
1945
Page — (5/239)




SPAIN, THE CHURCH
AND THE ORDERS
By
E. ALLISON PEERS
LONDON
BURNS OATES & WASHBOURNE LTD
1945




*First printed - 1939*
*First Cheap Edition (Burns Oates) 1945*

PRINTED IN GREAT BRITAIN

A
JOAN ESTELRICH
HOMENATGE D'ADMIRACIÓ I DE
CORDIAL AMISTAT

*Barcelona–Paris–Liverpool*



*First printed - 1939*
*First Cheap Edition (Burns Oates) 1945*

PRINTED IN GREAT BRITAIN

A
JOAN ESTELRICH
HOMENATGE D'ADMIRACIÓ I DE
CORDIAL AMISTAT

*Barcelona–Paris–Liverpool*


Spain, the church and the orde
archive.org/details/spainchurchorder0000peer/page/222/mode/2up
Ask Google
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Spain, the church and the orders 274.6 P34
3 1927 00115040 5
Date Due
274.6 P34
Peers, E. A.
Spain, the Church and the Orders.
2
274.6 P34
Page 222 (237/239)


Spain, the church and the orders 274.6 P34
3 1927 00115040 5
Date Due
274.6 P34
Peers, E. A.
Spain, the Church and the Orders.
2
274.6 P34