# EXHIBIT 30

Work No. 9 – *Fool of Love: The Life of Ramon Lull*. On each page of this Exhibit, the upper image is a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/fooloflove0000peer, last visited August 26, 2026), and the lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781015184572, purchased by Plaintiff's counsel.


Fool of love; : Peers, E. Allison
archive.org/details/fooloflove0000peer/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow
Renews automatically with continued use.
NUNC COGNOSCO EX PARTE
TRENT UNIVERSITY LIBRARY
Digitized by the Internet Archive in 2019 with funding from Kahle/Austin Foundation
https://archive.org/details/fooloflove0000peer
Page — (1/135)


NUNC COGNOSCO EX PARTE
TRENT UNIVERSITY LIBRARY


Fool of love; : Peers, E. Allison
archive.org/details/fooloflove0000peer/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow
Renews automatically with continued use.
FOOL OF
LOVE
Page — (3/135)


FOOL OF
LOVE




*by the same author*

SPIRIT OF FLAME

SPANISH MYSTICISM

STUDIES OF THE SPANISH MYSTICS: 2 vols.

MOTHER OF CARMEL

ST. JOHN OF THE CROSS

*translations*

THE COMPLETE WORKS OF SAINT TERESA OF JESUS: 3 vols.

THE COMPLETE WORKS OF SAINT JOHN OF THE CROSS: 3 vols.

THE BOOK OF THE LOVER AND THE BELOVED

A BOOK OF EXERCISES FOR THE SPIRITUAL LIFE

BLANQUERNA

# FOOL OF LOVE

THE LIFE OF RAMON LULL

E. ALLISON PEERS

S. C. M. PRESS LIMITED
56 BLOOMSBURY ST., LONDON, W.C.1



*by the same author*

SPIRIT OF FLAME

SPANISH MYSTICISM

STUDIES OF THE SPANISH MYSTICS: 2 vols.

MOTHER OF CARMEL

ST. JOHN OF THE CROSS

*translations*

THE COMPLETE WORKS OF SAINT TERESA OF JESUS: 3 vols.

THE COMPLETE WORKS OF SAINT JOHN OF THE CROSS: 3 vols.

THE BOOK OF THE LOVER AND THE BELOVED

A BOOK OF EXERCISES FOR THE SPIRITUAL LIFE

BLANQUERNA

# FOOL OF LOVE

THE LIFE OF RAMON LULL

E. ALLISON PEERS

S. C. M. PRESS LIMITED
56 BLOOMSBURY ST., LONDON, W.C.1




TO JORDI RUBIÓ,
Through bad times and good,
devoted Lullist
and
devoted friend.

*First published September 1946*

*Distributed in Canada by our exclusive agents
The Macmillan Company of Canada Limited
70 Bond Street, Toronto*

PRINTED IN GREAT BRITAIN BY
NORTHUMBERLAND PRESS LIMITED
GATESHEAD ON TYNE

BX 4705.L93P4

CONTENTS

| | | |
|---|---|---|
| | *Foreword* | 7 |
| I. | VISION INTO ACTION | 9 |
| II. | RANDA AND MIRAMAR | 21 |
| III. | BLANQUERNA | 39 |
| IV. | FIRST AFRICAN MISSION | 56 |
| V. | SECOND AFRICAN MISSION | 74 |
| VI. | THIRD AFRICAN MISSION | 93 |
| VII. | RAMON LULL TO-DAY | 105 |
| | *Index* | 123 |

29501



TO JORDI RUBIÓ,
Through bad times and good,
devoted Lullist
and
devoted friend.

*First published September 1946*

*Distributed in Canada by our exclusive agents
The Macmillan Company of Canada Limited
70 Bond Street, Toronto*

PRINTED IN GREAT BRITAIN BY
NORTHUMBERLAND PRESS LIMITED
GATESHEAD ON TYNE

BX 4705.L93P4

CONTENTS

| | | |
|---|---|---|
| | *Foreword* | 7 |
| I. | VISION INTO ACTION | 9 |
| II. | RANDA AND MIRAMAR | 21 |
| III. | BLANQUERNA | 39 |
| IV. | FIRST AFRICAN MISSION | 56 |
| V. | SECOND AFRICAN MISSION | 74 |
| VI. | THIRD AFRICAN MISSION | 93 |
| VII. | RAMON LULL TO-DAY | 105 |
| | *Index* | 123 |

29501


Fool of love; : Peers, E. Allison
archive.org/details/fooloflove0000peer/page/130/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Date Due
BX 4705 .L93 P4
Peers, Edgar Allison.
Fool of love.
010101 000
0 1163 0214884 0
TRENT UNIVERSITY
BX4705 .L93P4
Peers, Edgar Allison
Fool of love.
ISSUED TO
29501
Page 130 (133/135)


Date Due
BX 4705 .L93 P4
Peers, Edgar Allison.
Fool of love.
010101 000
0 1163 0214884 0
TRENT UNIVERSITY
BX4705 .L93P4
Peers, Edgar Allison
Fool of love.
DATE
ISSUED TO
29501