# EXHIBIT 31

Work No. 10 – *Saint Teresa of Jesus and Other Essays and Addresses*. On each page of this Exhibit, the upper image is a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/saintteresaofjes0000peer, last visited August 26, 2026), and the lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781013820625, purchased by Plaintiff's counsel.


Saint Teresa of Jesus, and other
archive.org/details/saintteresaofjes0000peer/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Marygrove
EX LIBRIS
Page — (1/327)


Marygrove
EX LIBRIS


Saint Teresa of Jesus, and other
archive.org/details/saintteresaofjes0000peer/page/n5/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Saint Teresa of Jesus
Page — (5/327)


Saint Teresa of Jesus




by the same author

★

SAINT JOHN OF THE CROSS

SAINT TERESA OF JESUS

*and other*

*Essays and Addresses*

*by*

E. ALLISON PEERS

Gilmour Professor of Spanish
in the University of Liverpool

FABER AND FABER

24 Russell Square

London



by the same author

★

SAINT JOHN OF THE CROSS

SAINT TERESA OF JESUS

*and other*

*Essays and Addresses*

*by*

E. ALLISON PEERS

Gilmour Professor of Spanish
in the University of Liverpool

FABER AND FABER

24 Russell Square

London




*Contents*


Preface — *page* 11

PART I

Saint Teresa, Foundress — 15
Saint Teresa in Her Letters — 35
Saint Teresa's Style: a Tentative Appraisal — 81

PART II

The Historical Problem of Spanish Mysticism — 139
Mysticism in the Poetry of Fray Luis de León — 153
Mysticism in the Poetry of the Golden Age — 174

PART III

New Light on Saint John of the Cross
(I) Life and Times — 197
(II) Poems — 224

PART IV

Cervantes in England — 239
Cervantes on England — 253
Cervantes Criticism outside Spain — 265

PART V

A Man of God — 293

Index — 309


9



*Contents*

Preface — *page* 11

PART I

Saint Teresa, Foundress — 15
Saint Teresa in Her Letters — 35
Saint Teresa's Style: a Tentative Appraisal — 81

PART II

The Historical Problem of Spanish Mysticism — 139
Mysticism in the Poetry of Fray Luis de León — 153
Mysticism in the Poetry of the Golden Age — 174

PART III

New Light on Saint John of the Cross
(I) Life and Times — 197
(II) Poems — 224

PART IV

Cervantes in England — 239
Cervantes on England — 253
Cervantes Criticism outside Spain — 265

PART V

A Man of God — 293

Index — 309

9


Saint Teresa of Jesus, and other
archive.org/details/saintteresaofjes0000peer/page/322/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Saint Teresa of Jesus, and other
248.8 P34s
3 1927 00111576 2
Date Due
248.8
P34s
Flip right
Page 322 (325/327)


Saint Teresa of Jesus, and other
248.8 P34s
3 1927 00111576 2
Date Due
248.8
P34s