# EXHIBIT 32

Work No. 11 – *Spirit of Flame: A Study of St. John of the Cross*. On each page of this Exhibit, the upper image is a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/spiritofflamestu00peer, last visited August 26, 2026), and the lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781014076045, purchased by Plaintiff's counsel.


Spirit of flame, a study of St. Jo
archive.org/details/spiritofflamestu00peer/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Fr. Connolly, SJ.
Page — (1/235)


Fr. Connolly, SJ


Spirit of flame, a study of St. Jo
archive.org/details/spiritofflamestu00peer/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
SPIRIT OF FLAME
Flip left
Page — (3/235)


SPIRIT OF FLAME




To
HUGHELL FOSBROKE
FOR
G. T. S.
A TOKEN OF REMEMBRANCE

SPIRIT OF FLAME

A STUDY OF ST. JOHN OF THE CROSS

BY

E. ALLISON PEERS

*Juan de la Cruz, espíritu de llama. . . .*
—ANTONIO MACHADO

BOSTON COLLEGE LIBRARY
CHESTNUT HILL, MASS.

MOREHOUSE-GORHAM CO.
NEW YORK
1944



To
HUGHELL FOSBROKE
FOR
G. T. S.
A TOKEN OF REMEMBRANCE

SPIRIT OF FLAME

A STUDY OF ST. JOHN OF THE CROSS

BY

E. ALLISON PEERS

*Juan de la Cruz, espíritu de llama. . . .*
—ANTONIO MACHADO

BOSTON COLLEGE LIBRARY
CHESTNUT HILL, MASS.

MOREHOUSE-GORHAM CO.
NEW YORK
1944

Spirit of flame, a study of St. Jo
archive.org/details/spiritofflamestu00peer/page/n7/mode/2up
INTERNET ARCHIVE
WEB TEXTS VIDEO AUDIO SOFTWARE IMAGES
All Search
BARONIUS PRESS UPLOAD
ABOUT BLOG EVENTS PROJECTS HELP DONATE CONTACT JOBS VOLUNTEER

*Copyright, 1944, by*
*Morehouse-Gorham Co.*

BX 4700
.J7 P412

195759

A WARTIME BOOK

This complete edition is produced in full compliance with the government's regulations for conserving paper and other essential materials.

PRINTED IN U.S.A.

## *Foreword*

THESE INTRODUCTORY PARAGRAPHS are meant for readers now meeting St. John of the Cross for the first time. Those who know him already may pass them over.

Who was he? A Spanish Carmelite friar, born just four hundred years ago, an outstanding figure of the Counter-Reformation and companion and fellow-worker to one of the greatest women the world has known, St. Teresa. As well as this, he was a writer of the first rank, both in poetry and in prose. And, most important of all, he was one of Christendom's greatest mystics.

A mystic! It sounds remote and ethereal, I know, but that is the fault of the word, which for some time past has been getting into the wrong company. Disregard the word and think only of what it means, and you will no longer be afraid of St. John of the Cross. A mystic is *a person who has fallen in love with God*. We are not afraid of lovers—no, indeed: "all the world loves a lover." They attract us by their ardour, their single-mindedness, their yearning to be one with the object of their love. It was in just that way that St. John of the Cross thought about God

v

Page — (7/235)

*Foreword*

THESE INTRODUCTORY PARAGRAPHS are meant for readers now meeting St. John of the Cross for the first time. Those who know him already may pass them over.

Who was he? A Spanish Carmelite friar, born just four hundred years ago, an outstanding figure of the Counter-Reformation and companion and fellow-worker to one of the greatest women the world has known, St. Teresa. As well as this, he was a writer of the first rank, both in poetry and in prose. And, most important of all, he was one of Christendom's greatest mystics.

A mystic! It sounds remote and ethereal, I know, but that is the fault of the word, which for some time past has been getting into the wrong company. Disregard the word and think only of what it means, and you will no longer be afraid of St. John of the Cross. A mystic is *a person who has fallen in love with God*. We are not afraid of lovers—no, indeed: "all the world loves a lover." They attract us by their ardour, their single-mindedness, their yearning to be one with the object of their love. It was in just that way that St. John of the Cross thought about God

v


Spirit of flame, a study of St. Jo
archive.org/details/spiritofflamestu00peer/page/216/mode/2up
INTERNET ARCHIVE
WEB TEXTS VIDEO AUDIO SOFTWARE IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT BLOG EVENTS PROJECTS HELP DONATE CONTACT JOBS VOLUNTEER
DATE DUE
JAN 14 1991
JUN 2 1991
JUN 15 1993
DEC 3 1997
OCT - 4
MAY - 6 2005
UNIVERSITY PRODUCTS, INC. #859-5503
195759
3 9031 01308399 3
BX 4700 J7 P412 195759
Author Peers, E. Allison
Title Spirit of flame.
Peers BX 4700 J7 P412
BOSTON COLLEGE LIBRARY
UNIVERSITY HEIGHTS
CHESTNUT HILL, MASS.
Books may be kept for two weeks and may be renewed for the same period, unless reserved.
Two cents a day is charged for each book kept overtime.
If you cannot find what you want, ask the Librarian who will be glad to help you.
The borrower is responsible for books drawn on his card and for all fines accruing on the same.
Page 216 (233/235)


DATE DUE
JAN 14 1991
JUN 2 1991
DEC 3 1997
OCT - 4
MAY - 6 2005
UNIVERSITY PRODUCTS, INC. #859-5503
195759
3 9031 01308399 3
BX 4700 J7 P412 195759
Author Peers, E. Allison
Title Spirit of flame.
Peers BX 4700 J7 P412
BOSTON COLLEGE LIBRARY
UNIVERSITY HEIGHTS
CHESTNUT HILL, MASS.