# EXHIBIT 33

Work No. 12 – *Mother of Carmel: A Portrait of St. Teresa of Jesus*. On each page of this Exhibit, the upper image is a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/motherofcarmelpo0000peer, last visited August 26, 2026), and the lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781014803559, purchased by Plaintiff's counsel.


Mother of Carmel, a portrait of
archive.org/details/motherofcarmelpo0000peer/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Marygrove
EX LIBRIS
270.921
T27P
Flip left
Page — (1/245)


Marygrove
EX LIBRIS
270.921
T27P


Mother of Carmel, a portrait of
archive.org/details/motherofcarmelpo0000peer/page/n5/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
MOTHER OF CARMEL
Flip right
Page — (5/245)


MOTHER OF CARMEL




BY THE SAME AUTHOR:

*Spirit of Flame*
*Spanish Mysticism*
*Studies of the Spanish Mystics:* 2 vols.
*Ramon Lull, A Biography*
*St. John of the Cross*

TRANSLATIONS:

*The Complete Works of Saint Teresa of Jesus:* 3 vols.
*The Complete Works of Saint John of the Cross:* 3 vols.
*The Book of the Lover and the Beloved*
*A Book of Exercises for the Spiritual Life*
*Blanquerna*

# MOTHER OF CARMEL

A PORTRAIT OF ST. TERESA OF JESUS

BY

E. ALLISON PEERS

MOREHOUSE-GORHAM CO.
NEW YORK
1946



BY THE SAME AUTHOR:

*Spirit of Flame*
*Spanish Mysticism*
*Studies of the Spanish Mystics:* 2 vols.
*Ramon Lull, A Biography*
*St. John of the Cross*

TRANSLATIONS:

*The Complete Works of Saint Teresa of Jesus:* 3 vols.
*The Complete Works of Saint John of the Cross:* 3 vols.
*The Book of the Lover and the Beloved*
*A Book of Exercises for the Spiritual Life*
*Blanquerna*

MOTHER OF CARMEL

A PORTRAIT OF ST. TERESA OF JESUS

BY

E. ALLISON PEERS

MOREHOUSE-GORHAM CO.
NEW YORK
1946




*Copyright, 1946, by*
*Morehouse-Gorham Co.*

NIHIL OBSTAT
*John M. Fearns, S.T.D.*
*Censor Librorum*

IMPRIMATUR
✠ *Francis Cardinal Spellman*
*Archbishop, New York*

*New York, March 2, 1946*

*Printed in the United States of America by*
THE HADDON CRAFTSMEN, INC., SCRANTON, PA.

1947

FOR MY GOD-DAUGHTER
ELIZABETH

*"Quién os trajo acá, doncella,*
*Del valle de la tristura?"*
*"Dios y mi buena ventura."*



1947

FOR MY GOD-DAUGHTER
ELIZABETH

*"Quién os trajo acá, doncella,*
*Del valle de la tristura?"*
*"Dios y mi buena ventura."*




*Foreword*

TWO years ago, in *Spirit of Flame*, I told the story of the little Carmelite friar, St. John of the Cross, and discussed the appropriateness of his teaching to the world of to-day. This companion volume attempts a portrait of his great collaborator, St. Teresa of Jesus.

Once more I have tried to stand back, and, whenever possible, to use the words of Teresa herself. As she wrote a great deal about her life, the chief difficulty has been that of selection: so attractive are her books, and the accounts of her bequeathed to us by her contemporaries, that it would have been far easier to write a large biography of her than a small one. In particular, it has been very hard to avoid crowding the canvas with names, so numerous, and so sharply and fully delineated in the Spanish narratives, are the people with whom she came into contact. By omitting all mention of many of these, I have attempted to concentrate the reader's gaze upon the few who were closest to her, and, most of all, upon herself. I hope that the result will be to arouse that kind of interest in her which sends readers to her own writings, in which they will find a still clearer reflection of her vital personality.

E. A. P.

UNIVERSITY OF LIVERPOOL,
*January*, 1945.



*Foreword*

TWO years ago, in *Spirit of Flame*, I told the story of the little Carmelite friar, St. John of the Cross, and discussed the appropriateness of his teaching to the world of to-day. This companion volume attempts a portrait of his great collaborator, St. Teresa of Jesus.

Once more I have tried to stand back, and, whenever possible, to use the words of Teresa herself. As she wrote a great deal about her life, the chief difficulty has been that of selection: so attractive are her books, and the accounts of her bequeathed to us by her contemporaries, that it would have been far easier to write a large biography of her than a small one. In particular, it has been very hard to avoid crowding the canvas with names, so numerous, and so sharply and fully delineated in the Spanish narratives, are the people with whom she came into contact. By omitting all mention of many of these, I have attempted to concentrate the reader's gaze upon the few who were closest to her, and, most of all, upon herself. I hope that the result will be to arouse that kind of interest in her which sends readers to her own writings, in which they will find a still clearer reflection of her vital personality.

E. A. P.

UNIVERSITY OF LIVERPOOL,
*January*, 1945.


Mother of Carmel, a portrait of
archive.org/details/motherofcarmelpo0000peer/page/224/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
MARYGROVE COLLEGE LIBRARY
Mother of Carmel, a portrait of
270.921 T27P
3 1927 00114652 8
Date Due
FEB 12 '57
APR 15 '57
JUL 29 '57
APR 13 '60
NO 27 '84
270.921
T27P
Page 224 (243/245)


Mother of Carmel, a portrait of
270.921 T27P
3 1927 00114652 8
Date Due
270.921
T27P