# EXHIBIT 34

Work No. 13 – *The Mystics of Spain*. On each page of this Exhibit, the upper image is a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/mysticsofspain0000peer, last visited August 26, 2026), and the lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781014143839, purchased by Plaintiff's counsel.


The mystics of Spain : Peers, E.
archive.org/details/mysticsofspain0000peer/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
Marygrove
EX LIBRIS
248.8
P34m
Flip left
Page — (1/139)


Marygrove
EX LIBRIS
248.8
P34m


The mystics of Spain : Peers, E.
archive.org/details/mysticsofspain0000peer/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
THE MYSTICS OF SPAIN
Page — (3/139)


THE MYSTICS OF SPAIN



The mystics of Spain : Peers, E.
archive.org/details/mysticsofspain0000peer/page/n5/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
ETHICAL AND RELIGIOUS CLASSICS
RŪMĪ : POET AND MYSTIC
Translated with Introduction and Notes
by Reynold A. Nicholson
SUFISM
by A. J. Arberry
THE POETRY AND CAREER OF LIPO
by Arthur Waley
ST. FRANCIS IN ITALIAN PAINTING
by George Kaftal
GENERAL EDITORS
A. J. ARBERRY, S. RADHAKRISHNAN, H. N. SPALDING AND
F. W. THOMAS
ETHICAL AND RELIGIOUS CLASSICS
OF THE EAST AND WEST
NO. 5
THE MYSTICS OF SPAIN
Page — (5/139)




ETHICAL AND RELIGIOUS CLASSICS
RŪMĪ : POET AND MYSTIC
Translated with Introduction and Notes
by Reynold A. Nicholson
SUFISM
by A. J. Arberry
THE POETRY AND CAREER OF LIPO
by Arthur Waley
ST. FRANCIS IN ITALIAN PAINTING
by George Kaftal
GENERAL EDITORS
A. J. ARBERRY, S. RADHAKRISHNAN, H. N. SPALDING AND
F. W. THOMAS
ETHICAL AND RELIGIOUS CLASSICS
OF THE EAST AND WEST
NO. 5
THE MYSTICS OF SPAIN


The mystics of Spain : Peers, E.
archive.org/details/mysticsofspain0000peer/page/n7/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
by E. Allison Peers
A HISTORY OF THE ROMANTIC MOVEMENT IN SPAIN
OUR DEBT TO SPAIN
RAMON LULL: A BIOGRAPHY
SPAIN, THE CHURCH AND THE ORDERS
SPANISH MYSTICISM
THE SPANISH TRAGEDY
STUDIES OF THE SPANISH MYSTICS
SPIRIT OF FLAME
MOTHER OF CARMEL
FOOL OF LOVE
THE MYSTICS OF SPAIN
By
E. ALLISON PEERS
LONDON
GEORGE ALLEN & UNWIN LTD
Ruskin House Museum Street
Page — (7/139)


by E. Allison Peers
A HISTORY OF THE ROMANTIC MOVEMENT IN SPAIN
OUR DEBT TO SPAIN
RAMON LULL: A BIOGRAPHY
SPAIN, THE CHURCH AND THE ORDERS
SPANISH MYSTICISM
THE SPANISH TRAGEDY
STUDIES OF THE SPANISH MYSTICS
SPIRIT OF FLAME
MOTHER OF CARMEL
FOOL OF LOVE
THE MYSTICS OF SPAIN
By
E. ALLISON PEERS
LONDON
GEORGE ALLEN & UNWIN LTD
Ruskin House Museum Street

The mystics of Spain : Peers, E.
archive.org/details/mysticsofspain0000peer/page/6/mode/2up
INTERNET ARCHIVE WEB TEXTS VIDEO AUDIO SOFTWARE IMAGES All Search BARONIUS PRESS UPLOAD
ABOUT BLOG EVENTS PROJECTS HELP DONATE CONTACT JOBS VOLUNTEER
Borrow Unavailable Book available to patrons with print disabilities.

FIRST PUBLISHED IN 1951

*This book is copyright under the Berne Convention. Apart from any fair dealing for the purposes of private study, research, criticism or review, as permitted under the Copyright Act 1911, no portion may be reproduced by any process without written permission. Enquiry should be made to the publisher.*

PRINTED IN GREAT BRITAIN
*in 10-point Times Roman type*
BY UNWIN BROTHERS LIMITED
WOKING AND LONDON

# GENERAL INTRODUCTION

As a result of two Wars that have devastated the world men and women everywhere feel a twofold need. We need a deeper understanding and appreciation of other peoples and their civilizations, especially their moral and spiritual achievements. And we need a new vision of the Universe, a clearer insight into the fundamentals of ethics and religion. How ought men to behave? How ought nations? Does God exist? What is His Nature? How is He related to His creation? Especially, how can man approach Him? In other words, there is a general desire to know what the greatest minds, whether of East or West, have thought and said about the Truth of God and of the beings who (as most of them hold) have sprung from Him, live by Him, and return to Him.

It is the object of this Series, which originated among a group of Oxford men and their friends, to place the chief ethical and religious masterpieces of the world, both Christian and non-Christian, within easy reach of the intelligent reader who is not an expert—the undergraduate, the ex-Service man who is interested in the East, the adult student, the intelligent public generally. The Series will contain books of three kinds: translations, reproductions of ethical and religious art, and Background Books showing the surroundings in which the literature and art arose and developed. These books overlap each other. Religious art, both in East and West, often illustrates a religious text, and in suitable cases the text and pictures will be printed together to complete each other. The Background Books will often consist largely of translations. The volumes will be prepared by scholars of distinction, who will try to make them, not only scholarly, but intelligible and enjoyable.

Their contents will also be very varied—ethical and social, biographical, devotional, philosophic and mystical,



Page 6 (9/139)

GENERAL INTRODUCTION

As a result of two Wars that have devastated the world men and women everywhere feel a twofold need. We need a deeper understanding and appreciation of other peoples and their civilizations, especially their moral and spiritual achievements. And we need a new vision of the Universe, a clearer insight into the fundamentals of ethics and religion. How ought men to behave? How ought nations? Does God exist? What is His Nature? How is He related to His creation? Especially, how can man approach Him? In other words, there is a general desire to know what the greatest minds, whether of East or West, have thought and said about the Truth of God and of the beings who (as most of them hold) have sprung from Him, live by Him, and return to Him.

It is the object of this Series, which originated among a group of Oxford men and their friends, to place the chief ethical and religious masterpieces of the world, both Christian and non-Christian, within easy reach of the intelligent reader who is not an expert—the undergraduate, the ex-Service man who is interested in the East, the adult student, the intelligent public generally. The Series will contain books of three kinds: translations, reproductions of ethical and religious art, and Background Books showing the surroundings in which the literature and art arose and developed. These books overlap each other. Religious art, both in East and West, often illustrates a religious text, and in suitable cases the text and pictures will be printed together to complete each other. The Background Books will often consist largely of translations. The volumes will be prepared by scholars of distinction, who will try to make them, not only scholarly, but intelligible and enjoyable.

Their contents will also be very varied—ethical and social, biographical, devotional, philosophic and mystical,

7


The mystics of Spain : Peers, E.
archive.org/details/mysticsofspain0000peer/page/134/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Borrow Unavailable
Book available to patrons with print disabilities.
MARYGROVE COLLEGE LIBRARY
The Mystics of Spain.
248.8 P34m
3 1927 00111575 4
Date Due
MEL#: 234442724
Shipped 4/25/18
248.8
P34m
MARYGROVE LIBRARY DETROIT, MI
Page 134 (137/139)


MARYGROVE COLLEGE LIBRARY
The Mystics of Spain.
248.8 P34m
3 1927 00111575 4
Date Due
MEL#: 234442724
Shipped 4/25/18
248.8
P34m
MARYGROVE LIBRARY DETROIT, MI