# EXHIBIT 35

Work No. 14 – *A Handbook to the Life and Times of St. Teresa and St. John of the Cross*. On each page of this Exhibit, the upper image is a screen capture of the digitized source copy as displayed on the Internet Archive (https://archive.org/details/handbooktolifeti0000peer, last visited August 26, 2026), and the lower image is a photograph of the corresponding pages of the physical copy of CMP's edition, ISBN 9781015172852, purchased by Plaintiff's counsel.


Handbook to the life and time
archive.org/details/handbooktolifeti0000peer/page/n1/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
All
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
271.73
P34
Marygrove
EX LIBRIS
Page — (1/295)


Marygrove
EX LIBRIS
271.73
P34


Handbook to the life and time
archive.org/details/handbooktolifeti0000peer/page/n3/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
HANDBOOK TO THE LIFE AND TIMES OF
ST. TERESA AND ST. JOHN OF THE CROSS
Flip right
Page — (3/295)


HANDBOOK TO THE LIFE AND TIMES OF
ST. TERESA AND ST. JOHN OF THE CROSS


Handbook to the life and times
archive.org/details/handbooktolifeti0000peer/page/n5/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
HANDBOOK TO
THE LIFE AND TIMES OF
ST. TERESA AND
ST. JOHN OF THE CROSS
By
E. ALLISON PEERS
NEWMAN PRESS
WESTMINSTER, MARYLAND
Page — (5/295)


HANDBOOK TO
THE LIFE AND TIMES OF
ST. TERESA AND
ST. JOHN OF THE CROSS
By
E. ALLISON PEERS
NEWMAN PRESS
WESTMINSTER, MARYLAND

Handbook to the life and time

archive.org/details/handbooktolifeti0000peer/page/n7/mode/2up

INTERNET ARCHIVE | WEB | TEXTS | VIDEO | AUDIO | SOFTWARE | IMAGES | All | Search | BARONIUS PRESS | UPLOAD

ABOUT | BLOG | EVENTS | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER

Return now | Renews automatically with continued use.

NIHIL OBSTAT: CAROLVS DAVIS, S.T.L.
CENSOR DEPVTATVS
IMPRIMATVR: E. MORROGH BERNARD
VICARIVS GENERALIS
WESTMONASTERII: DIE IV JVLII MCMLIII

ALL RIGHTS RESERVED

*Made and printed in Great Britain by*
*William Clowes and Sons, Limited, London and Beccles*

*First published 1954*

## PRINCIPAL ABBREVIATIONS

(Where no particular edition is named, any edition will give the reference required.)

B.A.C., I.—Santa Teresa de Jesús: *Obras completas*, Vol. I. Madrid, Biblioteca de Autores Cristianos, 1951.

*C.W.*—*Complete Works of Saint Teresa of Jesus*. London, Sheed & Ward, 1946. 3 vols.

*C.W. S.J.X.*—*Complete Works of Saint John of the Cross*. London, Burns Oates, 1934–5. 3 vols. (2nd. ed., London, 1953, 3 vols.) References to the 2nd. ed. are given in brackets after those to the 1st.)

Conc.—St. Teresa: *Conceptions of the Love of God*.

Cris.—*Vida y Obras de San Juan de la Cruz*. Madrid, 1946.

F—St. Teresa: *Book of the Foundations*.

F.S.M.—Francisco de Santa María: *Reforma de los Descalzos de Nuestra Señora del Carmen*, etc. (1644 ff.) (This continues the work of J.S.J.: see below).

*Hist.* See Silv.: *Hist.*

I.C.—St. Teresa: *Interior Castle*.

J.S.J.—Jerónimo de San José: *Historia del Carmen Descalzo, etc.* (1637 ff.)

L—St. Teresa: *Life*.

LL—*The Letters of Saint Teresa of Jesus*. London, Burns Oates, 1951. 2 vols.

*L.Rec.*—María de San José: *Libro de Recreaciones, etc.* Burgos, 1913.

*Pereg.*—Jerónimo Gracián: *Peregrinación de Anastasio*. Modern edition in *Obras*, ed. P. Silverio de Santa Teresa, O.C.D., Vol. III, Burgos, 1933.

R—St. Teresa: *Spiritual Relations*.

Rib.—Francisco de Ribera: *Vida de Santa Teresa de Jesús* (1590). Modern edition: Barcelona, 1908.

v

Page — (7/295)

NIHIL OBSTAT: CAROLVS DAVIS, S.T.L.
CENSOR DEPVTATVS
IMPRIMATVR: E. MORROGH BERNARD
VICARIVS GENERALIS
WESTMONASTERII: DIE IV JVLII MCMLIII

ALL RIGHTS RESERVED

*Made and printed in Great Britain by*
*William Clowes and Sons, Limited, London and Beccles*

*First published 1954*

PRINCIPAL ABBREVIATIONS

(Where no particular edition is named, any edition will give the reference required.)

B.A.C., I.—Santa Teresa de Jesús: *Obras completas*, Vol. I. Madrid, Biblioteca de Autores Cristianos, 1951.

*C.W.*—*Complete Works of Saint Teresa of Jesus*. London, Sheed & Ward, 1946. 3 vols.

*C.W. S.J.X.*—*Complete Works of Saint John of the Cross*. London, Burns Oates, 1934–5. 3 vols. (2nd. ed., London, 1953, 3 vols.) References to the 2nd. ed. are given in brackets after those to the 1st.)

Conc.—St. Teresa: *Conceptions of the Love of God*.

Cris.—*Vida y Obras de San Juan de la Cruz*. Madrid, 1946.

F—St. Teresa: *Book of the Foundations*.

F.S.M.—Francisco de Santa María: *Reforma de los Descalzos de Nuestra Señora del Carmen*, etc. (1644 ff.) (This continues the work of J.S.J.: see below).

*Hist.* See Silv.: *Hist.*

I.C.—St. Teresa: *Interior Castle*.

J.S.J.—Jerónimo de San José: *Historia del Carmen Descalzo, etc.* (1637 ff.)

L—St. Teresa: *Life*.

LL—*The Letters of Saint Teresa of Jesus*. London, Burns Oates, 1951. 2 vols.

*L.Rec.*—María de San José: *Libro de Recreaciones, etc.* Burgos, 1913.

*Pereg.*—Jerónimo Gracián: *Peregrinación de Anastasio*. Modern edition in *Obras*, ed. P. Silverio de Santa Teresa, O.C.D., Vol. III, Burgos, 1933.

R—St. Teresa: *Spiritual Relations*.

Rib.—Francisco de Ribera: *Vida de Santa Teresa de Jesús* (1590). Modern edition: Barcelona, 1908.

v


Handbook to the life and times
archive.org/details/handbooktolifeti0000peer/page/282/mode/2up
INTERNET ARCHIVE
WEB
TEXTS
VIDEO
AUDIO
SOFTWARE
IMAGES
Search
BARONIUS PRESS
UPLOAD
ABOUT
BLOG
EVENTS
PROJECTS
HELP
DONATE
CONTACT
JOBS
VOLUNTEER
Return now
Renews automatically with continued use.
Date Due
FEB 14 '55
FEB 25 '56
OCT 26 '56
MAR 22 '57
MAY 21 '59
DEC 10 '62
FEB 15 '63
RESERVE
MARYGROVE COLLEGE LIBRARY
Handbook to the life and times o
271.73 P34
3 1927 00114864 9
271.73
P34
MARYGROVE LIBRARY DETROIT, MI.
Page 282 (293/295)


Date Due
RESERVE
MARYGROVE COLLEGE LIBRARY
Handbook to the life and times o
271.73 P34
3 1927 00114864 9
271.73
P34
MARYGROVE LIBRARY DETROIT, MI.